# Exhibit B







 +858-320-5657 Summer sale discount off 50%! Shop Now

CLASHDEAL Home Product New 0

Home › 30ml Jiangwang Ginger Germinal Essential Oil hair Growth Serum

## 30ml Jiangwang Ginger Germinal Essential Oil hair Growth Serum

$18.99

21 reviews

8 sold in last 22 hours

It is 100% Pure & Natural, Authentic Essential Oil. It helps in maintaining clean scalp and promote hair growth and helps in achieving naturally lustrous and voluminous hair. It enhances the...

HURRY! ONLY 12 LEFT IN STOCK.

HURRY UP! SALE ENDS IN

| 0 | 01 | 25 | 04 |
|---|---|---|---|
| DAYS | HOURS | MINS | SECS |

− 1 + ADD TO CART

BUY IT NOW

Ask a Question

30ml Jiangwang Ginger Germinal Essential Oil hair Growth Serum     $18.99    − 1 +    ADD TO CART

**Tags:** shampoo

🚚 Order in the next 1 hours 25 minutes to get it between <u>Monday, 29th March</u> and <u>Friday, 2nd April</u>

### Description     Reviews

It is 100% Pure & Natural, Authentic Essential Oil.

It helps in maintaining clean scalp and promote hair growth and helps in achieving naturally lustrous and voluminous hair. It enhances the stimulation of hair follicles which result in faster growth and improvement in quality of hair. It makes the hair shinier and smoother and helps in strengthening of the hair from roots.

Premium Quality Ginger Essential Oil; pure and natural ginger oil; non-toxic, no additives, unfiltered and undiluted with no fillers. Therapeutic grade. Suitable for Vegetarians and Vegans. Packaged in the USA.

How to Use:

1. After washing, put 2-3 drops on the palm , massage gently on the required part, massage until fully absorbed.

2. If you want to take care of your hair, you can drop it into the water to wash your hair, or use it in shampoo and conditioner, or directly massage the scalp.

---

**Get in touch**

**Terms Of Service**

**Newsletter Signup**

Free shipping

Subscribe to our newsletter and get 10% off your first purchase

2021/3/18     30ml Jiangwang Ginger Germinal Essential Oil hair Growth Serum – Clashdeal

 30ml Jiangwang Ginger Germinal Essential Oil hair Growth Serum     $18.99   −   1   +   ADD TO CART


Copyright © 2021 Kalles all rights reserved. Powered by The4

Search