AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Dan Wang<br>*Plaintiff*<br>v.<br>The Partnerships and Unincorporated Associations Identified on Schedule "A"<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) Case No. 1:21-cv-01664 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dan Wang                                                                                                   .

Date: March 27, 2021

/s/ Ilya G. Zlatkin
*Attorney's signature*

Ilya G. Zlatkin, 6314344
*Printed name and bar number*

4245 North Knox Avenue
Chicago, IL 60641
*Address*

ilya@zlatkinwong.com
*E-mail address*

(312) 809-8022
*Telephone number*

(312) 809-6918
*FAX number*