**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-01664 |
| v. | ) |
| | ) |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

**Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, Temporary Asset Restraint, and Expedited Discovery**

**NOW COMES** Plaintiff Dan Wang ("Plaintiff"), by and through Plaintiff's undersigned counsel, and hereby requests entry of an ex parte temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114 and related Illinois law. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: March 27, 2021

Respectfully submitted,

/s/Ilya Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff Dan Wang*