UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dan Wang, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-01664 |
| v. | ) |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

**Plaintiff's Motion for Leave to File Under Seal**

**NOW COMES** Plaintiff Dan Wang ("Wang" or "Plaintiff"), by and through Plaintiff's undersigned counsel, hereby requests leave to file the following documents under seal: (i) Schedule A attached to the Complaint, which lists the fully interactive, e-commerce stores operating under the seller aliases ("Defendant Online Stores") and the corresponding e-commerce store URLs; and (ii) Exhibit 2 to the Declaration of Dan Wang, which includes screenshot printouts showing the Defendant Online Stores offering to ship infringing products into this judicial district. In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, such as from sellerdefense.cn or other court monitoring services, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated: March 28, 2021

Respectfully submitted,

/s/Ilya Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff Dan Wang*