# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
|     v. | ) | Judge Virginia M. Kendall |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Sheila M. Finnegan |
| Identified in Schedule "A," | ) | |
|     Defendants. | ) | |

## NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that Plaintiff, by Plaintiff's counsel, shall present, on Monday, April 5, 2021, by telephonic appearance before the Honorable Judge Virginia M. Kendall, the following motions: (1) Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery [Dkt. 5]; (2) Motion for Electronic Service of Process [Dkt. 9]; and (3) Motion for Leave to File Under Seal [Dkt. 10].

Dated: March 31, 2021

                                                                                  Respectfully Submitted

                                                                                  /s/Ilya G. Zlatkin
                                                                                  Ilya G. Zlatkin
                                                                                  Zlatkin Wong LLP
                                                                                  4245 N Knox Ave
                                                                                  Chicago, Il 60641
                                                                                  (312) 809-8022
                                                                                  ilya@zlatkinwong.com

                                                                                  *Counsel for Plaintiff Dan Wang*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 31, 2021, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
