UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Dan Wang

　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:21−cv−01664

　　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associateions
Identified on Schedule "A"

　　　　　　　　　　　　　　　　　　　　　Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 5, 2021:

　　　　MINUTE entry (Corrected) before the Honorable Virginia M. Kendall. Teleconference Motion hearing held 4/5/2021. Plaintiff's Motion for leave to file under seal [10] and Motion for electronic services of process [9] are granted. Plaintiff's Motion for Temporary Restraining Order [5] is granted and shall remain in effect up to and including 4/19/2021. Sealed Order to follow. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.