



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILED**

APR 09 2021 cf

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. Case Number: 21-CV-01664
2. Case Title: Wang, Dan v. The Partnerships and Unincorporated Associations Identified on Schedule "A"
3. Judge: Kendall
4. Moving Party: Plaintiff Dan Wang
5. Amount of Deposit: $10,000.00
6. Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?   Yes [ ]   No [✓]

   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

_____     4-9-2021
Attorney or Litigant                    Date

Rev. 0330017