# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Sheila M. Finnegan |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

**Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order**

Plaintiff Dan Wang seeks to extend the Temporary Restraining Order granted and entered by the Court on April 5, 2021 [Dkt. 18] by a period of fourteen (14) days until May 3, 2021. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated: April 13, 2021

Respectfully Submitted

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Wong LLP
4245 North Knox Avenue
Chicago, Illinois 60641
(312) 809-8022
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*
