IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
|            Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
|            v. | ) | Judge Virginia M. Kendall |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Sheila M. Finnegan |
| Identified in Schedule "A," | ) | |
|            Defendants. | ) | |

### Memorandum in Support of Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order

Plaintiff Dan Wang, pursuant to Fed. R. Civ. P. 65(b)(2), seeks to extend the Temporary Restraining Order ("TRO") granted and entered by the Court on April 5, 2021 [Dkt. 18] by a period of fourteen (14) days until May 3, 2021.

This Court entered the TRO on April 5, 2021 against the Defendants identified in Schedule A to the Complaint. [Dkt. 18]. Since the TRO was entered, Plaintiff has been diligently working with third parties (*e.g.*, eBay, Amazon, and Wish) to ensure their compliance with the TRO. *See*, Declaration of Ilya Zlatkin at ¶ 2. As of April 13, 2021, the third parties collectively have not completed effectuating the TRO, including retraining financial accounts, but are working diligently to comply therewith. Id., at ¶ 3.

Federal rules provide that a TRO entered without notice may be extended upon a showing, prior to expiration of the TRO, of good cause for such an extension. Fed. R. Civ. P. 62(b)(2). Plaintiff respectfully submits that such good cause exists to extend the TRO as a result of the high probability that the Defendants will continue to harm Plaintiff without the TRO being in place including, without limitation, relocating funds into inaccessible off-shore financial and bank accounts. As discussed in Plaintiff's Memorandum in Support of Entry of the TRO [Dkt. 5], and as this Court found, this

possibility of harm is significant. In light of the foregoing, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until May 3, 2021.

Dated:  April 13, 2021

Respectfully Submitted

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Wong LLP
4245 North Knox Avenue
Chicago, Illinois 60641
(312) 809-8022
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*