IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Sheila M. Finnegan |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

### Declaration of Ilya Zlatkin

I, Ilya Zlatkin, of the Town of Munster, in the State of Indiana, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff Dan Wang ("Plaintiff" or "Wang"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. Since receiving the TRO entered by this Court on April 5, 2021 [Dkt. 18], Plaintiff has been diligently working on ensuring third-parties' compliance with the TRO's terms by interfacing with those third parties' counsel and representatives.

3. As of April 13, 2021, the third parties have not all completed effectuating the TRO but are working diligently to comply therewith including by, without limitation, interfacing with Plaintiff's counsel. Plaintiff plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 13, 2021 at Munster, Indiana.

          Respectfully Submitted

          /s/Ilya G. Zlatkin
          Ilya G. Zlatkin
          Zlatkin Wong LLP
          4245 North Knox Avenue
          Chicago, Illinois 60641
          (312) 809-8022
          ilya@zlatkinwong.com

          *Counsel for Plaintiff Dan Wang*