# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Sheila M. Finnegan |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

## Notice of Motion

**PLEASE TAKE NOTICE** that on April 19, 2021 at 9:00am Plaintiff Dan Wang, by his counsel, will appear before the Honorable Judge Virginia M. Kendall in Courtroom 2319 in the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or remotely via teleconference, as the Court may determine, and then and there present Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order [Dkt. 21].

Dated: April 13, 2021

Respectfully Submitted

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Wong LLP
4245 North Knox Avenue
Chicago, Illinois 60641
(312) 809-8022
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*