# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
|         Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
|         v. | ) | Judge Virginia M. Kendall |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Sheila M. Finnegan |
| Identified in Schedule "A," | ) | |
|         Defendants | ) | |

**Plaintiff's Motion for Entry of Preliminary Injunction**

Plaintiff Dan Wang hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered April 5, 2021 [Dkt. 18] and extended to May 3, 2021 [Dkt. 23]. In support of Plaintiff's Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Ilya Zlatkin.

Dated: April 28, 2021

Respectfully Submitted,

/s/Ilya Zlatkin
Ilya Zlatkin
Zlatkin Wong LLP
4245 N Knox Ave
Chicago, IL 60641
(312) 809-8022
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*