IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
|       Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
|       v. | ) | Judge Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified in Schedule "A," | ) ) ) | Mag. Judge Sheila M. Finnegan |
|       Defendants. | ) | |

**Declaration of Ilya Zlatkin**

I, Ilya Zlatkin, of the Town of Munster, in the State of Indiana, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff Dan Wang ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. Pursuant to the temporary restraining order [Dkt. 18] and since the temporary restraining order's entry, PayPal, Wish, and Amazon payment accounts associated with the Defendant Online Stores have been restrained and frozen, and Plaintiff is currently in communications with AliExpress/AliPay and Walmart to effect the same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 28, 2021

                                                                                                /s/ Ilya G. Zlatkin
                                                                                                Ilya G. Zlatkin