IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
|   v. | ) | Judge Virginia M. Kendall |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Sheila M. Finnegan |
| Identified in Schedule "A," | ) | |
|     Defendants. | ) | |

### Notice of Motion

**PLEASE TAKE NOTICE** that on May 3, 2021, at 9:00am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead in Courtroom 2503, or by telephone conference if preferred by the court, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Plaintiff's Motion for Entry of Preliminary Injunction [Dkt. 24].

Dated: April 28, 2021

                                 Respectfully Submitted,

                                 /s/Ilya Zlatkin
                                 Ilya Zlatkin
                                 Zlatkin Wong LLP
                                 4245 N Knox Ave
                                 Chicago, IL 60641
                                 (312) 809-8022
                                 ilya@zlatkinwong.com

                                 *Counsel for Plaintiff Dan Wang*