# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dan Wang

                       Plaintiff,

v.                                          Case No.: 1:21−cv−01664

                                             Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associateions
Identified on Schedule "A"

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 30, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing set for 5/3/2021 is reset for 9:15 AM (PLEASE NOTE TIME CHANGE ONLY). Please refer to Minute Entry [23] regarding Teleconference instructions. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.