IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

===================================X
Dan Wang,

       Plaintiff,

-against-

The Partnerships and Unincorporated
Associations Identified on Schedule "A",

       Defendants.
===================================X

Case No. 1:21-cv-01664

**DEFENDANTS' FRUGALITY INC ANSWER WITH AFFIRMATIVE DEFENSES.**

      Defendant, Frugality Inc. ("Defendant"), by and through its undersigned attorney answers the allegations contained in Plaintiff's Complaint as follows:

1.     Defendant denies the allegations contained in paragraphs 2-4, 6-8, 15-16, 29, 39-46, 48, 52-56, 58-61 and 63-65 of Plaintiff's Complaint.

2.     Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 5, 9-14, 17-28, 30-38 and 49-51 of Plaintiff's Complaint.

3.     Defendant repeats the information contained in paragraphs 47, 57 and 62 of Plaintiff's Complaint.

FIRST AFFIRMATIVE DEFENSE
FAILURE TO STATE A CLAIM

4.     Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### WAIVER, ACQUIESENCE, ESTOPPEL

5. Each of the purported claims set forth in the Complaint is barred by the doctrines of waiver, acquiescence, and estoppel.

## THIRD AFFIRMATIVE DEFENSE
### FAIR USE

6. Plaintiff's claims are barred, in whole or in part, by the doctrines of fair use, nominative use and/or descriptive use.

## FOURTH AFFIRMATIVE DEFENSE
### FAILURE TO MITIGATE DAMAGES

7. Plaintiff has failed to mitigate its damages, if any.

## FIFTH AFFIRMATIVE DEFENSE
### FRAUD

8. Plaintiff's claims are barred, in whole or in part, by fraud on the United States Patent & Trademark Office.

## SIXTH AFFIRMATIVE DEFENSE
### NON-INFRINGEMENT

9. Answering Defendant have not infringed any applicable trademarks under federal or state law.

## SEVENTH AFFIRMATIVE DEFENSE:
### CONCURRENT USE

10. The claims in the Complaint are barred, in whole or in part, by reason of other parties' use of any marks at issue.

### EIGHTH AFFIRMATIVE DEFENSE
### NO WILLFULNESS

11. Without admitting any infringement, Answering Defendant have not willfully infringed any trademarks-in-suit.

### NINTH AFFIRMATIVE DEFENSE
### INNOCENT INFRINGEMENT

12. The claims made in the Complaint are barred, in whole or in part, because any infringement, if any, was innocent.

### TENTH AFFIRMATIVE DEFENSE
### LACHES

13. Plaintiff's claims are barred by laches, in that Plaintiff has unreasonably delayed efforts to enforce its rights, if any, despite its full awareness of Answering Defendant's actions.

### ELEVENTH AFFIRMATIVE DEFENSE
### NO CAUSATION

14. Plaintiff's claims against Answering Defendant are barred because Plaintiff's damages, if any, were not caused by Answering Defendant.

### TWELVETH AFFIRMATIVE DEFENSE
### NO DAMAGE

15. Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Answering Defendant in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

### THIRTEETH AFFIRMATIVE DEFENSE
### NO EXCEPTIONAL CASE

16. Answering Defendant's actions in defending this case do not give rise to an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. § 1117, or other applicable laws.

### FOURTEENTH AFFIRMATIVE DEFENSE
### UNCLEAN HANDS

17. Plaintiff's claims are barred by the doctrine of unclean hands

### FIFTEENTH AFFIRMATIVE DEFENSE
### LACK OF IRREPARABLE HARM

18. Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show it will suffer any irreparable harm from Defendant's actions.

### SIXTEENTH AFFIRMATIVE DEFENSE
### THIRD-PARTY USE

19. The claims in the Complaint are barred, in whole or in part, by reason of other parties' use of any marks at issue.

### ADDITIONAL DEFENSES

17. Defendant reserves the right to assert additional defenses based on information obtained during the course of discovery.

Wherefore, based upon the foregoing, the Defendant prays an Order be entered:

(a) Dismissing each of the claims, and relief requested, in Plaintiff's Complaint in its entirety;

(b) Granting the Defendant costs, fees and expenses incurred defending this matter;

(c) Granting the Defendant all other appropriate relief.

Dated: April 30, 2021

*Cory Jay Rosenbaum*
(electronically signed)
C.J. Rosenbaum, Esq.*
Rosenbaum, Famularo & Segall, P.C.
138A East Park Avenue
Long Beach, New York 11561
CJR@AmazonSellersLawyer.com
212-256-1109
NYS Bar #2669133
*Admitted to practice law in the State of New York as well as in the: Southern Dist. of New York; Eastern District of New York and Northern District of Illinois.