IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOIS
EASTERN DIVISION

==================================X
Dan Wang,

        Plaintiff,

-against-

The Partnerships and
Unincorporated Associations
Identified in Schedule "A,"

        Defendants.
==================================X

Case No. 1:21-cv-01664

**DECLARATION OF WAYNE ENGLISH**.

## DECLARATION OF WAYNE ENGLISH

I, Wayne English, hereby declare as follows:

1.     I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2.     I am an agent of Frugality, Inc. and I make and submit this affirmation in connection with Defendant Frugality, Inc.'s Opposition to Plaintiff's Motion for Entry of a Preliminary Injunction.

3.     Defendant Frugality, Inc. is an America-based company, and I, Wayne English, reside in Milton, Florida.

4.     Defendant Frugality, Inc. first received notice of this lawsuit on April 28, 2021, via email from counsel for Plaintiff, Dan Wang ("Plaintiff").

5.     Defendant Frugality, Inc. sells a variety of goods on its e-commerce storefront.

6.     At no time did Defendant Frugality, Inc. know that the Plaintiff's at-issue mark was a trademark or constituted intellectual property of Plaintiff.

7.     Defendant Frugality, Inc. does regular due diligence to ensure that each product sold on its e-commerce storefront is authorized by the appropriate rights owners and non-infringing.

I declare under the penalty of perjury under the laws of the United State of America that to the best of my knowledge the foregoing is true and correct.

Executed this 30 day of April, 2021, in Milton, Florida.

By: *Wayne English*

Wayne English