Whois IDENTITY for everyone

Enter Domain or IP    WHOIS

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN   0

# jiangwang.us

Updated 12 days ago

## Domain Information

| | |
|---|---|
| Domain: | jiangwang.us |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2021-03-08 |
| Expires On: | 2022-03-08 |
| Updated On: | 2021-03-13 |
| Status: | clientDeleteProhibited<br>clientUpdateProhibited<br>clientTransferProhibited<br>clientRenewProhibited |
| Name Servers: | ns16.domaincontrol.com<br>ns15.domaincontrol.com |

## Registrant Contact

| | |
|---|---|
| Name: | ▓▓▓▓▓▓▓▓▓▓ |
| Street: | ▓▓▓▓▓▓▓▓▓ |
| City: | KZ |
| State: | Illinois |
| Postal Code: | 60604 |
| Country: | us |
| Phone: | ▓▓▓▓▓▓▓▓▓▓ |
| Email: | ▓▓▓▓▓▓▓▓▓@gmail.com |

## Administrative Contact

| | |
|---|---|
| Name: | ▓▓▓▓▓▓▓▓▓ |
| Street: | ▓▓▓▓▓▓▓▓▓ |
| City: | KZ |
| State: | Illinois |
| Postal Code: | 60604 |
| Country: | us |
| Phone: | ▓▓▓▓▓▓▓▓▓ |
| Email: | ▓▓▓▓▓▓▓▓@gmail.com |



.space $24.88 $1.48

BUY NOW

*Offer ends 31st May 2021

**On Sale!**



.FUN @ $1.48 $23.88



Introducing WORDPRESS HOSTING $3.58/mo VIEW MORE