

# DOMAIN AGE CHECKER

**Enter upto 10 Domain (with http://)**

http://www.jiangwang.us

Check Domain Age

## RESULTS

| Domain Name | Domain Created on |
|---|---|
| www.jiangwang.us | 2021-03-08 05:55:56 |

Download Excel Report

## Your valuable Feedback!
### How do you rate your overall experience?



Worst          Poor          Average          Good          Awesome

Send

## HOW WELL DO YOU KNOW YOUR BUSINESS ?                                                ⌃

In online business, how well you "do" can directly be determined by how well you "know."

Because what you know is what you will apply. And it is from what you apply that your results will stem.

Having even the most seemingly insignificant information can put you one step ahead of the competition.