Hi! Sign in          Sell     Watchlist     My eBay



Search for anything          All Categor…

eBay > eBay Stores > Frugality Inc



# Frugality Inc

2378 followers | frugality_inc (88664 ) 99.3%

♡ Save this seller          Contact seller

**Category**

All
Sporting Goods
  Team Sports
  More ▼
Health & Beauty
Jewelry & Watches
  Watches, Parts & Accessories
  More ▼
Clothing, Shoes & Accessories
Home & Garden
Pet Supplies
Cell Phones & Accessories
Collectibles
Video Games & Consoles
Business & Industrial
eBay Motors
Consumer Electronics
Sports Mem, Cards & Fan Shop

**Condition**          see all

Search this…          Search

Time: ending soonest ▼

All Listings | Auction | Buy It Now

1-48 of 86 Results



**CHICAGO CUBS Win "W" flag White and Blue Fly The W Wrigley 3x5**
USA SELLER ~ SHIPS TODAY ~ BEST QUALITY…
$6.48                    Top Rated Plus
Free shipping

**Foldable Jumbo Extra Large Sun Shade Truck Van Car Windshield Visor Block Cover**
25% OFF ORDERS 2+ ~ SAME-DAY SHIPPING …
$5.98                    Top Rated Plus
Free shipping

**LANBENA Pimple Scar Acne Mark Spots**

☐ New

### Price

☐ Under $8.00
☐ Over $8.00

$ [ ] - $ [ ] >

### Buying Format    see all

◉ All Listings
○ Best Offer
○ Auction
○ Buy It Now
○ Classified Ads

### Item Location    see all

◉ Default
○ Within
   100 mi ▼   of   60629   >
○ US Only
○ North America
○ Worldwide

### Delivery Options    see all

☐ Free Shipping
☐ Free In-store Pickup

### Show only    see all

☐ Returns Accepted
☐ Completed Items
☐ Sold Items
☐ Deals & Savings
☐ Authorized Seller
☐ Authenticity Guarantee

**More refinements...**

---

**Removal Treatment Gel Ointment Blemish Cream**
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...
58 product ratings
**$6.98**    Top Rated Plus
Free shipping    Brand: Lanbena

**Ultra Brightening Spotless Oil Anti Dark Spots Natural Pure Oil Serum Skin 30ml**
BUY ONE GET ONE 50% OFF ~ USA SELLER ~ ...
**$5.98**    Top Rated Plus
Free shipping

**LED AC Electric Voltage Power Detector Sensor Tester Non-Contact Pen 90-1000V**
BUY ONE GET ONE 25% OFF ~ SHIPS TODAY ...
151 product ratings
**$5.98**    Top Rated Plus
Free shipping

**Burst Nail Gel Magic Remover Polish Soak Off Gel Coat Cleaner Degreaser Primer**
BUY ONE GET ONE 25% OFF ~ SHIPS TODAY ...
**$6.48**    Top Rated Plus
Free shipping

**Wired Infrared Sensor Bar for Nintendo Wii Wii U Remote USA Seller**
25% OFF WHEN ORDERING 2 OR MORE! USA ...
**$5.88**    Top Rated Plus
Free shipping
218 sold

**Gold HDMI Male to VGA Male 15 Pin Video Adapter Cable 1080P 6FT For TV DVD BOX**
25% OFF WHEN ORDERING 2+ ~ READ DESC...
**$5.28**    Top Rated Plus
125 sold



N64 SNES Gamecube 6FT RCA AV TV Audio Video Stereo Cable Cord For Nintendo 64
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …
$4.98  Top Rated Plus
Free shipping



My Beauty Tool Exfoliating Jellyfish Silicon Brush SHIPS TODAY
29 product ratings
$3.99  Top Rated Plus
Free shipping  Brand: Etude House



4D Silk Fiber Eyelash Mascara Extension Makeup Black Waterproof Eye Lashes USA
25% OFF ORDERS 2+ ~ SAME-DAY SHIPPING …
905 product ratings
$6.48  Top Rated Plus
Free shipping  Brand: Secret



50 Face Mask Mouth Cover Surgical Medical Dental Disposable 3-PLY Earloop
SAME-DAY SHIPPING ~ USA SELLER
$6.98  Top Rated Plus
Free shipping



540 Titanium Premium Micro Derma Roller Acne Scars Wrinkles 0.5mm 1mm 1.5mm
25% OFF WHEN ORDERING 2 OR MORE! USA …
$5.98  Top Rated Plus
Free shipping



World of Warcraft Horde Alliance Badge Banner Flag Emblem Poster Blue Red
$6.95  Top Rated Plus
Free shipping

Free shipping



**Exfoliating Foot Peeling Mask Feet Peel Mask Sheds Skin Calluses Feet USA SELLER**

USA SELLER - SAME DAY SHIPPING - BEST VA…

**$4.98 to $149.90**     Top Rated Plus

Free shipping



**MAGA Make America Great Again President Donald Trump Hat Cap Embroidered Red USA**

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …

**$4.98**     Top Rated Plus

Free shipping



**Big Toe Bunion Splint Straightener Corrector Foot Pain Relief Hallux Valgus Pair**

25% OFF ORDERS 2+ ~ SAME-DAY SHIPPING …

**$5.98**     Top Rated Plus

Free shipping



**Natural Whitening Tooth Gum Powder Coconut Activate Charcoal Toothpaste VALUE**

25% OFF WHEN ORDERING 2 OR MORE! USA …

492 product ratings

**$4.98**     Top Rated Plus

Free shipping



**Pet Hair Remover Glove Brush Dog Cat Grooming Massage Soft Bath Deshedding Comb**

25% OFF ORDERS 2+ ~ USA SELLER ~ SAME …

**$5.48**     Top Rated Plus

Free shipping



**Thai Bumebime Mask Natural Soap 100g Whitening Skin GMP Approved Authentic**



USA
25% OFF WHEN ORDERING 2 OR MORE! USA …
$5.98     Top Rated Plus
Free shipping     Brand: Bumebime



**Instant Read Digital Grill Kitchen Meat Thermometer Probe BBQ Oven Food Cooking**
BUY ONE GET ONE 25% OFF ~ SHIPS TODAY …
180 product ratings
$4.98     Top Rated Plus
Free shipping



**Organic Argan Oil 2.1 oz Imported From Morocco 100% Pure Natural Hair Treatment**
25% OFF WHEN ORDERING 2 OR MORE! USA …
30 product ratings
$5.98     Top Rated Plus
Free shipping



**Trump 2020 Hat MAGA Digital Camo Keep America Great KAG Make America Great Again**
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …
$4.98     Top Rated Plus
Free shipping



**Black Obsidian Rainbow Eye Beads Ball Natural Stone Pendant Transfer Necklace**
USA SELLER ~ SAME DAY SHIPPING ~ BEST Q…
$4.98     Top Rated Plus
Free shipping

**Pro Classic 30ml TLM Color Changing Foundation Magic Flawless Concealer Makeup**
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …
349 product ratings
$6.48     Top Rated Plus
Free shipping



**ORGANIC COCONUT ACTIVATED CHARCOAL TOOTHPASTE NATURAL TEETH WHITENING POWDER**
BUY ONE GET ONE 50% OFF ~ USA SELLER ~ ...
492 product ratings
$4.98   Top Rated Plus
Free shipping



**3 Tip Waterproof Eyebrow Microblading Ink Pen Pencil Tattoo 3D Fork Makeup**
50% OFF WHEN ORDERING 2 OR MORE! USA ...
$4.48   Top Rated Plus
Free shipping



**New Leather Strap Holder Cover Accessories for Apple AirPods Pro Charging Case**
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...
$4.98   Top Rated Plus
Free shipping



**Dog Pet Adjustable Nylon Collar Small Medium Large XL With Buckle Puppy**
BUY ONE GET ONE 25% OFF ~ SHIPS TODAY ...
$5.98   Top Rated Plus
Free shipping



**Beanie Plain Knit Ski Skull Hat Cap Cuff Winter Warm Slouchy Men Women Unisex**
BUY ONE GET ONE 50% OFF ~ USA SELLER ~ ...
$5.42   Top Rated Plus
Free shipping



**Snapback Hat Classic Hip Hop Style Visor Flat Baseball Cap Solid Blank Hats New**
BUY TWO GET ONE FREE ~ SHIPS TODAY ~ U...




$7.48
Free shipping
Top Rated Plus
BUY TWO GET ONE FREE


**Pocket Stainless Steel Metal Business Card Holder Case ID Credit Wallet**
BUY ONE GET ONE 50% OFF ~ SHIPS TODAY ...
$4.98
Top Rated Plus
Free shipping


**Unisex DIY Hair Color Wax Mud Dye Cream Temporary Modeling 9 Colors Mofajang**
25% OFF WHEN ORDERING 2 OR MORE! USA ...
$5.88
Top Rated Plus
Free shipping
Brand: Mofajang


**MICKEY MOUSE SHAPE NAME ID CARD HOLDER BADGE WALLET PURSE NECK LANYARD**
BUY ONE GET ONE 25% OFF ~ SHIPS TODAY ...
$7.98
Top Rated Plus
Free shipping


**Tint My Brows Peel off Waterproof Eyebrow Gel Makeup Long lasting Tint Tattoo**
25% OFF WHEN ORDERING 2 OR MORE! USA ...
$5.98
Top Rated Plus
Free shipping


**Outdoor Ski Motorcycle Cycling Balaclava Lycra Full Face Mask Neck Ultra Thin**
BUY ONE GET ONE 50% OFF ~ SHIPS TODAY ...
$4.98
Top Rated Plus
Free shipping


**Corkscrew Doubled Hinged Waiters Wine Key Bottle Opener with Foil Cutter**
USA SELLER ~ SAME DAY SHIPPING ~ BEST V...




$4.98
Free shipping
Top Rated Plus


Woven Nylon Band for Apple Watch Sport Loop Series 6/5/4/3/2/1/SE 38/42/40/44mm
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …
$4.48
Free shipping
Top Rated Plus


LEATHER PASSPORT HOLDER COVER WALLET TRAVEL CASE EMBLEM GOLD NEW USA
50% OFF WHEN ORDERING 2 OR MORE! USA …
$4.88
Free shipping
Top Rated Plus


Phoera Translucent Loose Setting Face Powder Makeup Foundation Smooth Full Size
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …
$5.82
Free shipping
Top Rated Plus
Brand: Phoera


Replacement Silicone Rubber Classic Band Strap Wristband For Fitbit Versa Watch
BUY TWO GET ONE FREE (ADD 3) ~ USA SELL…
$3.98
Free shipping
Top Rated Plus


Leather Wrist Strap For Apple Watch Band 38/40/42/44mm Series 6 5 4 3 2 1 SE
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …
$8.98
Free shipping
Top Rated Plus


Premium Silky Satin Durag Men's Cap Hat Doo Rag Biker Smooth Head Wrap



Rat Doo Rag Biker Smooth Head Wrap #HDUP
BUY TWO GET ONE FREE ~ USA SELLER ~ SH...
$4.48  Top Rated Plus
Free shipping



Silicone Sport Band 38mm 42mm For Nike+ Apple Watch Series 1 2 3 4 5 6 SE
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...
$5.98  Top Rated Plus
Free shipping



Compression Sports Arm Sleeve Digital Camo Baseball Football Basketball Sleeves
BUY ONE GET ONE 50% OFF ~ USA SELLER ~ ...
$5.98  Top Rated Plus
Free shipping




Meridian Acupuncture Pen 3 Massage Head Energy Pain Therapy Relief Heal
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...
$7.48  Top Rated Plus

Intensive Stain Removal Teeth Whitening Toothpaste Fight Bleeding Gums Blueberry
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...
$8.98  Top Rated Plus
Free shipping



Feng Shui Black Obsidian Beads Bracelet Attract Wealth & Good Luck Bangle Pi Xiu
BUY TWO GET ONE FREE ~ USA SELLER ~ SH...
$4.98  Top Rated Plus
Free shipping



‹ 1 2 ›

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u>

