eBay › eBay Stores › Frugality Inc

# Frugality Inc

2378 followers | frugality_inc (88664 ) 99.3%

Save this seller Contact seller

**Category**

**All**

Sporting Goods

Team Sports

More

Health & Beauty

Jewelry & Watches

Watches, Parts & Accessories

More

Clothing, Shoes & Accessories

Home & Garden

Pet Supplies

Cell Phones & Accessories

Collectibles

Video Games & Consoles

Business & Industrial

eBay Motors

Consumer Electronics

Sports Mem, Cards & Fan Shop

**Condition** see all

Search thi… Search

Time: ending soonest

All Listings | Auction | Buy It Now

49-86 of 86 Results

Trump 2024 Take America Back Flag Donald MAGA KAG Republican Conservative USA

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …

$5.98 Top Rated Plus

Free shipping

Pro Classic 30ml TLM Color Changing Foundation Magic Flawless Special Listing

$6.48 Top Rated Plus

Free shipping

Joe Biden Sucks Flag Not My President

New

**Price**

Under $8.00
Over $8.00
$ - $

**Buying Format** see all

All Listings
Best Offer
Auction
Buy It Now
Classified Ads

**Item Location** see all

Default
Within
100 mi of 60629
US Only
North America
Worldwide

**Delivery Options** see all

Free Shipping
Free In-store Pickup

**Show only** see all

Returns Accepted
Completed Items
Sold Items
Deals & Savings
Authorized Seller
Authenticity Guarantee

**More refinements...**

JOE BIDEN SUCKS
BUY ONE GET ONE 25% OFF

Impeach 3x5ft Trump 2024 USA
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...
**$5.98** Top Rated Plus
Free shipping

USA SELLER ~ SHIPS TODAY
BUY TWO GET ONE FREE

Adjustment Watch Band Strap Bracelet Link Pin Remover Repair Resizing Tool Kit
BUY TWO GET ONE FREE ~ SHIPS TODAY ~ U...
**$4.98** Top Rated Plus
Free shipping

USA SELLER ~ SHIPS TODAY
10 Pack
BUY ONE GET ONE 25% OFF

10 Pack PM2.5 Activated Carbon Filters 5 Layer Replacement For Face Mask Cover
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...
**$5.98** Top Rated Plus
Free shipping

USA SELLER ~ SHIPS TODAY
BUY ONE GET ONE 25% OFF

Woven Nylon Close Rings Band for Apple Watch Sport Loop Series 5/4/3/2/1 38/42mm
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...
**$6.98** Top Rated Plus
Free shipping

USA SELLER ~ SHIPS TODAY
ONE PAIR
BUY ONE PAIR GET ONE 25% OFF

Orthotic Shoe Insoles High Arch Support Inserts for Plantar Fasciitis Flat Feet
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...
**$7.98 to $8.98** Top Rated Plus
Free shipping

USA SELLER ~ SHIPS TODAY
DERMACOL
Authorized Reseller

Dermacol High Cover Makeup Foundation Authentic Waterproof Hypoallergenic SPF-30
**$17.50** Top Rated Plus
Free shipping Brand: Dermacol

USA SELLER ~ SHIPS TODAY
10 VIBRATION MODES
Multiple orgasms and pleasures

10 Speed Vibrating Silicone Anal Play Butt Plug Vibe Vibrator Anal Play Sex


Butt Plug Vibe Vibrator Anal Play Sex Toys

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...

$9.98 to $24.98 Top Rated Plus

Free shipping

Lot 5 20 50 100 Collectibles Funko Pop Protector Case for 4" inch Vinyl Figures

SAME-DAY SHIPPING ~ USA SELLER ~ 1-100 P...

$5.48 to $57.50 Top Rated Plus

Free shipping

Face Mask Reusable Washable Covering Masks Clothing Men Women Protective Unisex

BUY TWO GET ONE FREE ~ USA SELLER ~ SH...

$3.98 Top Rated Plus

Free shipping

For AirPods Pro Case Protective Leather Holder Bag Case Cover For Apple Airpod

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...

$5.98 Top Rated Plus

Free shipping

Diamond Stainless Steel Jeweled Anal Butt Plug Multi-Color Buttplug Set

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...

$6.98 to $12.98 Top Rated Plus

Free shipping

For Apple AirPods Pro Protective Silicone Skin Case Cover Earphone Accessories

BUY TWO GET ONE FREE ~ USA SELLER ~ SH...

$4.48 Top Rated Plus

Free shipping

New Men Women Winter Fleece





Balaclava Hat Ski Motorcycle Neck Face Mask Hood Cap

BUY ONE GET ONE 25% OFF ~ SHIPS TODAY …

$5.48 Top Rated Plus

Free shipping

Phoera Foundation Makeup Full Coverage Liquid Base Brighten Long Lasting Shade

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …

$5.98 Top Rated Plus

Free shipping Brand: Phoera

Winged Eyeliner Stamp Waterproof Long Lasting Liquid Eyeliner Pen Eye Makeup Kit

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …

$4.98 Top Rated Plus

Free shipping Brand: Phoera

2pcs Knee Sleeve Compression Brace Support For Sport Joint Pain Arthritis Relief

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …

$7.98 Top Rated Plus

Free shipping

PURC Magical Treatment Mask 5 Seconds Repairs Damage Restore Soft Hair 60 120mL

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …

$7.28 to $7.98 Top Rated Plus

Free shipping

Intensive Stain Removal Whitening Toothpaste Press Type Fight Bleeding Gums

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …

$8.98 Top Rated Plus

Free shipping





Trump 2024 Save America Again Donald MAGA KAG Take America Back Flag USA

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...

$6.98

Top Rated Plus

Free shipping

Disposable Makeup Eyelash Brushes Mascara Wands Eyeliner Brush Applicator Tool

50-1000 PACKS AVAILABLE ~ SHIPS TODAY ~ ...

$4.98 to $32.98

Top Rated Plus

Brand: Secret

Trump 2024 Save America Again Donald MAGA KAG Republican Conservative Flag USA

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...

$5.98

Top Rated Plus

Free shipping

360 Degree Rotating Faucet Moveable Kitchen Tap Head Water Saving Nozzle Sprayer

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...

$4.98

Top Rated Plus

Free shipping

Electric UV Mosquito Killer Lamp Outdoor/Indoor Fly Bug Insect Zapper Trap

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ ...

$9.98

Top Rated Plus

14" Inch Phone Screen Magnifier 3D Video Mobile Phone Amplifier Stand Bracket

$9.98

Top Rated Plus

Free shipping



360 Degree Rotating Faucet Movable Kitchen Tap Head Water Saving Nozzle Sprayer

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …

57 product ratings

$5.48
Trending at $6.25
Free shipping

Top Rated Plus
Brand: Faucet

Hair Cutting Cape Pro Salon Hairdressing Hairdresser Gown Barber Cloth Apron

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …

$4.98
Free shipping

Top Rated Plus

Personalized Christmas Hanging Ornament 2020 Mask Toilet Paper Xmas Family Gift

BUY TWO GET ONE FREE ~ USA SELLER ~ SH…

$3.98
Free shipping

Top Rated Plus

Women Men Unisex Velvet Durag Hat Cap Premium Designer Doo Rag Wave Biker Dance

BUY TWO GET ONE FREE ~ USA SELLER ~ SH…

$5.48
Free shipping

Top Rated Plus

CmaaDU Glitter Liquid Lipstick Matte Waterproof Long Lasting Lip Gloss Colors

BUY ONE GET ONE 50% OFF ~ USA SELLER ~ …

$5.98
Free shipping

Top Rated Plus
Brand: Cmaadu

USA SELLER ~ SHIPS TODAY
Series 1, 2, 3, 4, 5, 6 & SE

Silicone Strap Band for Apple Watch Sports Series 6 5 4 3 2 1 SE 38/40/42/44mm

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …


$4.98
Top Rated Plus
Free shipping

Face Primer Base Liquid Natural All Matte Foundation Pores Invisible Oil-control
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …
$5.48 to $6.48
Top Rated Plus
Free shipping
Brand: Phoera

Magnetic False Eyelashes Natural Eye Lashes Extension Liquid Eyeliner Kit Set
25% OFF ORDERS 2+ ~ SAME-DAY SHIPPING …
$6.98
Top Rated Plus
Free shipping

6Pcs Stretch Silicone Lids Bowl Reusable Kitchen Food Storage Wrap Sealing Cover
BUY TWO GET ONE FREE ~ USA SELLER ~ SH…
$4.98
Top Rated Plus

Dark Skin Whitening Bleaching Cream for Sensitive Area Armpit Legs Knees Face
BUY TWO GET ONE FREE ~ USA SELLER ~ SH…
$5.98
Top Rated Plus
Free shipping

USA SELLER ~ SHIPS TODAY
2ND AMENDMENT
BUY ONE GET ONE 25% OFF

3x5FT 2nd Amendment American USA 13 Star Flag NRA Banner Gun Rights Patriot Ross
BUY ONE GET ONE 25% OFF ~ USA SELLER ~ …
$5.98
Top Rated Plus
Free shipping

Flexible 360 Clip Mobile Cell Phone Holder Lazy Bed Desk Car Bracket Mount Stand
BUY TWO GET ONE FREE ~ USA SELLER ~ SH…



BUY TWO GET ONE FREE
$5.98
Free shipping
Top Rated Plus
1
2

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

