UNITED STATES DISTRICT COURT
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
Eastern Division

Dan Wang

           Plaintiff,

v.

Case No.: 1:21−cv−01664

Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associateions Identified on Schedule "A"

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 3, 2021:

    MINUTE entry before the Honorable Virginia M. Kendall. Teleconference Motion and Status hearing held on 5/3/2021. Defense Counsel for Frugality Inc. appeared. Oral argument heard regarding Plaintiff's Motion for Preliminary Injunction [24]. Plaintiff's Motion for Preliminary Injunction [24] is granted with the exception of Defendant Frugality Inc. Temporary Restraining Order is extended and shall remain in effect up to and including 5/17/2021 regarding Defendant Frugality Inc. Teleconference Status hearing set for 5/17/2021 at 9:15 AM. Prior to the conference call, you are directed to click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=40444321 70&mac=2413900.; Once you are on Judge Kendall's teleconference page, you are directed to join the conference as A GUEST. It is imperative that you ENTER YOUR NAME and click on the CALL ME option. Fill in your phone number (no hypens) and NAME. You are directed to use the CALL ME option because your name will appear for the Judge and the Court Reporter and they will better be able to discern who is speaking. If you do not have access to a computer Dial: (877)848−7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, you are directed to mute your phone until your case is called. In spite of using the CALL ME option please also remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function and to test the sound quality of your listening and speaking device in advance. If you experience an issue being heard or hearing, please log off and either call in or log back in.The Court prefers that you use the procedure that requires that the system calls your phone and you enter your name so that the Court and the Court reporter can see who is speaking during the hearing. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.