# Exhibit A





**BUY 1, GET 1 AT 25% OFF (add 2 to cart)** See all eligible items ▸

## Regrow 7 Day Ginger Germinal Hair Growth Serum Hairdressing Oil Loss Treatment

BUY ONE GET ONE 25% OFF ~ USA SELLER ~ SHIPS TODAY

145 product ratings

Condition: New

Quantity: 1 Limited quantity available
11,686 sold / See feedback

Price: **US $5.98**

Buy It Now

Add to cart

Add to Watchlist

11,686 sold | Same day shipping | Free shipping and returns

Shipping: **FREE** Standard Shipping | See details
Item location: Milton, Florida, United States
Ships to: United States and many other countries | See details

Delivery: Estimated between **Mon. Jan. 4 and Wed. Jan. 6**
Ships today if paid within **31 mins** Details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information

**frugality_inc** (81339 ★)
99.4% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

| | Have one to sell? | Sell now |

 more

Returns: Free 30 day returns | See details

## Similar sponsored items

Feedback on our suggestions

     

**7 Day ReGrow Ginger Germinal Hair Growth Serum Hairdressing**
$5.75
Free shipping
Seller 99.5% positive

**ReGrow 7 Day Ginger Germinal Hair Growth Serum Hairdressing**
$5.95
Free shipping
Seller 99.4% positive

**5 PCS ReGrow 7 Day Ginger Germinal Oil Hair Growth Serum**
$18.99
$19.99
Free shipping
New

**Regrow 7 Day Ginger Germinal Hair Growth Serum Hairdressing**
$5.95
Free shipping
New

**Hair Growth ReGrow For Men Women Natural Oil Serum Grow**
$5.79
Free shipping
Seller 99.9% positive

**4 Pcs Regrow 7 Day Ginger Germinal Hair Growth Serum**
$15.59
$16.65
Free shipping
New

## Sponsored items from this seller

Feedback on our suggestions







**PURC Magical Treatment Mask 5 Seconds Repairs Damage**
$7.28
Free shipping
Popular

**Ultra Brightening Spotless Oil Anti Dark Spots Natural Pure Oil**
$5.98
Free shipping
Popular

**Organic Argan Oil 2.1 oz Imported From Morocco 100%**
$5.98
Free shipping
Popular

**Hair Cutting Cape Pro Salon Hairdressing Hairdresser Gown**
$5.48
Free shipping
Popular

**Unisex DIY Hair Color Wax Mud Dye Cream Temporary Modeling**
$5.82
Free shipping
Popular

**LANBENA Pimple Scar Acne Mark Spots Removal Treatment**
$7.28
Free shipping
Popular

---

| Description | Shipping and payments | Report item |

eBay item number: **223578148598**

Seller assumes all responsibility for this listing.

Last updated on  Oct 24, 2020 13:13:07 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| **Condition:** | New: A brand-new, unused, unopened, undamaged item. See the seller's listing for full details See all condition definitions | **Features:** | All Natural Ingredients |
| **Ingredient:** | Ginger | **MPN:** | 10636510201272 |
| **Ingredients:** | Ginger | **Department:** | Unisex |
| **Main Purpose:** | Hair Growth | **Formulation:** | Oil |
| **Brand:** | Clothes of Skin | **Dosage:** | 30ml |
| **Gender:** | Unisex | **Size:** | 30ml |
| **Active Ingredients:** | Ginger | **Country/Region of Manufacture:** | China |
| **Body Area:** | Hair, Head | **UPC:** | 636510201318 |
| **Type:** | Growth Promoter | **Hair Type:** | All Hair Types |



**topstepsales**
frugality_inc (81339 ⭐)  99.4%
✉ Sign up for newsletter

Visit Store:  **topstepsales**

**SAME DAY SHIPPING IF ORDERED BEFORE 2PM EST**

**BUY ONE GET ONE 25% OFF (ADD TWO TO CART)**

**Frugality, Inc. is a authorized distributor of Clothes of Skin™ products. Please see our authorization agreement via the lis**

**Need bulk? (10+). Please message us via eBay messaging for pricing**

- Accelerates hair growth and thickening, meaning twice the results in half the time!

- Powerful and immediate repair of current damaged hair

- Conditions hair to keep it healthy and tangle free throughout the day!

- Actively strengthens and thickens hair, reducing hair bifurcation and unsightly split ends

- Stimulate the scalp and prevents production of damaging compounds that cause follicles to shrink. This prevents further loss, allowing your hair to thrive!

Your *Satisfaction* is our *Priority*. Please contact us if you have any questions.

## Ratings and Reviews

Write a review


**3.5**
145 product ratings


| 5 | 71 |
| 4 | 16 |
| 3 | 9 |
| 2 | 8 |
| 1 | 41 |


**66%**
Would recommend


**66%**
Good value


**65%**
Good quality

**Most relevant reviews**

See all 124 reviews



by ticksome31

Jun 16, 2019

Top favorable review

### Hair Regrow  7 Day Ginger Germinal Serum Essence Oil Loss Treatmeat

Hair Regrow  7 Day Ginger Germinal Serum Essence Oil Loss Treatment Growth and it works. The label said, 7 Day but it saw results in about 11 to 12 days. Great product.

Verified purchase: Yes | Condition: New | Sold by: qtstore017

 (15)    (1)   



by kusaus2014

Mar 11, 2020

Top critical review

### HOPING for great results.

This review is a bit premature.  I've only been using it for a week.  I ordered 4 bottles and have already used 2.  I do have LONG hair...and my hair loss is from my ears forward.  I hope and pray it works.  I just turned 69 and have a ton of hair from my ears back.  I am HOPEFUL!!!

Verified purchase: Yes | Condition: New | Sold by: frugality_inc

 (3)    (3)   



by 007vjv007

Nov 30, 2020

### I'll let you know more input in 3 weeks i just got it so far i like it but again Its only my first day and i like that there's no stink to it ...

So far I like it got it on time good size product for the price no stink smell to it gimme 3 weeks to see my results it says 7 days but I say gimme 3 weeks to be sure if I see some in 7 I'll let you know...

I like the packaging to and I'm loving the bottle it comes in so pretty.... so far impressed... will check back in 3 weeks... if it does give me results best believe I'll rebuy more...



Verified purchase: Yes | Condition: New | Sold by: vinwin_llc

 (0)    (0)   





by **perfumesandpurses**

Sep 12, 2019

### For me Quick Results

Very good product. Little is more. I went in heavy handed and still got thickness but it was kind of kinky and drawn up. When I used just a little the hair looked and felt better and had a more relaxed look to it. Does not do well with other chemicals in your hair but does much better with no other products. I like it a lot and will be reordering. I saw growth within the first few day's!.

Verified purchase: Yes | Condition: New | Sold by: frugality_inc

👍 (14)    👎 (0)    ❗



by **marlenedg**

Nov 26, 2019

### not as good as the first bottle I got

the first bottle worked right away. this seams to be weaker and isn't doing much. I want the first bottle as it worked and you could see it in a week!This one dosen't seam to do much

Verified purchase: Yes | Condition: New | Sold by: promart016

👍 (7)    👎 (1)    ❗

---

Back to home page  |  See More Details about "5x Hair Regrow 7 Day Ginger Germinal Serum Essence Oil..."                                                                                                                    Return to top

**More to explore :**   Serum Facial Hair Growth Promoters Hair Loss Treatments,   Serum Thin Hair Growth Promoters Hair Loss Treatments,   Oil Growth Promoter Hair Loss Treatments,
Serum Organic Growth Promoter Hair Loss Treatments,   Serum Growth Promoter Hair Loss Treatments with Alcohol-Free,   Wild Growth Oil Hair Loss Treatments,   Oil Facial Hair Growth Promoters Hair Loss Treatments,
Serum Hair Loss Prevention Hair Loss Treatments,   Wild Growth Hair Loss Treatments,   Serum Unisex Hair Loss Treatments

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice



checkout | eBay

  Checkout

How do you like our checkout? Tell us what you think

Did you notice? eBay now offers new ways to pay at some checkouts. Learn more

## Pay with

- Add a credit or debit card
- ● PayPal
- PayPal CREDIT
  Special financing available.
  Apply now. See terms
- Google Pay

### Ship to
John Kim
1542 N Bosworth Ave
Chicago, IL 60642-2485
United States
(312)xxxxx22

Change

## Review item and shipping

Seller: frugality_inc | Message to seller

Regrow 7 Day Ginger Germinal Hair Growth Serum Hairdressing Oil Loss Treatment
$5.98

Quantity 1

**Delivery**
Est. delivery: Jan 4 – Jan 6
USPS First Class
Free

---

Subtotal (1 item) $5.98
Shipping Free
Tax* $0.37

**Order total** $6.35

By placing your order, you agree to eBay's User Agreement and Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

You'll finish checkout on PayPal


eBay MONEY BACK GUARANTEE
See details

2020/12/30 checkout | eBay

Case: 1:21-cv-01664 Document #: 33-1 Filed: 05/24/21 Page 9 of 9 PageID #:3102

**Gift cards, coupons, eBay Bucks**

Enter code: _____  [ Apply ]

**Donate to charity (optional)** ⓘ
Comic Relief Red Nose Day
Donate to help end child hunger. The money you give to Red Nose Day can help provide nourishing meals for children this holiday season and beyond.

Select amount [ None ▾ ]

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



https://pay.ebay.com/rxo?action=view&sessionid=1489879602014 2/2