**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
| Plaintiff, | ) ) ) ) Case No. 1:21-cv-01664 |
| v. | ) |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) Hon. Sheila M. Finnegan |
| Defendants. | ) ) |

### Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 38 | beautylife |
| 39 | best-wishes-4-you |
| 48 | detoxseller |
| 51 | factory_distributor |
| 52 | factory_supply_china |
| 57 | gameinfinity |
| 60 | i_love_here |
| 62 | jl_exw_35 |
| 70 | powerpart-us |
| 74 | ninja31415 |
| 88 | sunshine_in_box |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this June 14, 2021

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff Dan Wang*