**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-01664 |
| v. ) | |
| ) | Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule "A", ) | Hon. Sheila M. Finnegan |
| ) | |
| Defendants. ) | |

## Amended Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Fed. R. Civ. Pro 41(a)(1), Plaintiff Dan Wang ("Plaintiff") hereby files this Amended Notice of Dismissal to correct substnative typographical errors contained in a prior Notice of Dismissal [Dkt. 37]. For the sake of clarity, this action is **not** dismissed against Defendant 70 (moonxscape) at this time. Defendant 76 (powerpart-us) had previously been identified incorrectly as Defendant 70. Defendant 76 (powerpart-us) is dismissed with prejudice, along with all other sellers identified below, and which had been previously identified in Dkt 37:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 38 | beautyulife |
| 39 | best-wishes-4-you |
| 48 | detoxseller |
| 51 | factory_distributor |
| 52 | factory_supply_china |
| 57 | gameinfinity |
| 60 | i_love_here |
| 62 | jl_exw_35 |
| 74 | ninja31415 |
| 76 | powerpart-us |
| 88 | sunshine_in_box |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this June 14, 2021

                                              Respectfully submitted,

                                              /s/Ilya G. Zlatkin
                                              Zlatkin Wong LLP
                                              4245 N. Knox Ave.
                                              Chicago, IL 60641
                                              ilya@zlatkinwong.com
                                              Ph. (312) 809-8022
                                              Fax (312) 809-6918

                                              *Counsel for Plaintiff Dan Wang*