# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dan Wang v. Partnership, et al.   Case Number: 21 cv 1664

An appearance is hereby filed by the undersigned as attorney for:
See attached list of defendants

Attorney name (type or print): Lingzhi Zhao

Firm: Zhao & Associates, P.C.

Street address: 111 W Jackson Blvd. Suite 1700

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6280100
(See item 3 in instructions)

Telephone Number: 3129252605

Email Address: zhaoattorney@gmail.com, lzhao@immigration-litigation.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/17/2021

Attorney signature: S/ Lingzhi Zhao
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

An appearance is hereby filed by the undersigned as attorney for:

**Bethebestme (#6), funtig80 (#11), healthcare2018 (#13), hibuytoo (#14), aushen99 (#1), bestoffer2018 (#5), usuk2018 (#29), hlx_tech (#16), letigo2017 (#19), winbetter (#95), sunshiny2019 (#25) and sunnybeauty2019 (#87)**