UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Dan Wang, | ) |
|        Plaintiff, | ) |
|  | ) Case No. 1:21-cv-01664 |
| v. | ) |
|  | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
|  | ) Hon. Sheila M. Finnegan |
|        Defendants. | ) |

### Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 254 | EGALS |
| 259 | Simco Sales, LLC. |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this June 23, 2021

                                          Respectfully submitted,

                                          /s/Ilya G. Zlatkin
                                          Zlatkin Wong LLP
                                          4245 N. Knox Ave.
                                          Chicago, IL 60641
                                          ilya@zlatkinwong.com
                                          Ph. (312) 809-8022
                                          Fax (312) 809-6918

                                          *Counsel for Plaintiff Dan Wang*