**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-01664 |
| v. | ) |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A", | ) Hon. Sheila M. Finnegan |
| | ) |
| Defendants. | ) |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 268 | Deserve to have |
| 273 | LIUMY-Direct |
| 277 | xuuyuu |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this June 23, 2021

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff Dan Wang*