# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Dan Wang

        Plaintiff,

        V.

The Partnerships and
Unincorporated Associations
Identified in Schedule "A,"

        Defendants

CASE NUMBER: 1:21-cv-01664

ASSIGNED JUDGE: Virginia M. Kendall

DESIGNATED MAGISTRATE JUDGE: Sheila M. Finnegan

TO: (Name and address of Defendant)

aushen99 and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ilya Zlatkin
Zlatkin Wong LLP
4245 N Knox Ave
Chicago, IL 60641

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_C Linnomen_ (signature)

(By) DEPUTY CLERK



June 22, 2021

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 2021/06/25 |
| NAME OF SERVER *(PRINT)* Ilya G. Zlatkin | TITLE | Attorney of Record |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I electronically published the Complaint, TRO, preliminary injunction, and other relevant documents on a website. I sent an e-mail to the e-mail addresses provided for Defendants No. 1-296 by third parties, which e-mail included a link to said website and the Complaint (including all exhibits) and Summons as attachments.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2021/06/25     /s/ Ilya G. Zlatkin
               Date            *Signature of Server*

                         4245 N Knox Ave, Chicago, IL 60641
                                   *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.