**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-01664 |
| v. | ) |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A", | ) Hon. Sheila M. Finnegan |
| | ) |
| Defendants. | ) |

## Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 272 | KUR_official |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this July 7, 2021

    Respectfully submitted,

    /s/Ilya G. Zlatkin
    Zlatkin Wong LLP
    4245 N. Knox Ave.
    Chicago, IL 60641
    ilya@zlatkinwong.com
    Ph. (312) 809-8022
    Fax (312) 809-6918

    *Counsel for Plaintiff Dan Wang*