**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
|                 Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-01664 |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
| | ) Hon. Sheila M. Finnegan |
|                 Defendants. | ) |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 278 | SE Makeup Store |
| 285 | RISE Makeup Store |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this July 23, 2021

                                              Respectfully submitted,

                                              /s/Ilya G. Zlatkin
                                              Zlatkin Wong LLP
                                              4245 N. Knox Ave.
                                              Chicago, IL 60641
                                              ilya@zlatkinwong.com
                                              Ph. (312) 809-8022

                                              *Counsel for Plaintiff Dan Wang*