UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dan Wang, | ) |
|           Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-01664 |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Hon. Sheila M. Finnegan |
|           Defendants. | ) |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 160 | HUNANshan |
| 210 | Sunnysevenstore |
| 241 | yuanfenstore |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this August 3, 2021

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*