**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
|                                     Plaintiff, | ) Case No. 1:21-cv-01664 |
| v. | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Hon. Sheila M. Finnegan |
|                                    Defendants. | ) |

## Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 103 | allinhere |
| 108 | AWarmLife |
| 113 | bingolee |
| 127 | Cornerwithyou |
| 133 | digilanduk |
| 146 | goodfunction |
| 147 | goodsope |
| 151 | havetwoheart |
| 164 | J's Collectible |
| 168 | kissoffire |
| 179 | monsterbeauty |
| 196 | Purpleflower |
| 214 | TTqiqir Store LO |
| 219 | vacuumcup |
| 237 | yasilandai |
| 240 | yourcuteeyes |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this August 13, 2021

                                                    Respectfully submitted,

                                                    /s/Ilya G. Zlatkin
                                                    Zlatkin Wong LLP
                                                    4245 N. Knox Ave.
                                                    Chicago, IL 60641
                                                    ilya@zlatkinwong.com

                                                    *Counsel for Plaintiff Dan Wang*