IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Wang <br><br>     Plaintiff <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br>     Defendants | ) <br> ) <br> ) Case No.: 1:21-cv-01664 <br> ) <br> ) NOTICE OF APPEARANCE <br> ) <br> ) <br> ) Hon. Virginia M. Kendall <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Robert M. DeWitty, DeWitty and Associates, 700 Pennsylvania Avenue, The Yard, Washington, D.C. 20003, as Counsel for Defendant Giftenza in the above-captioned matter.

                                                Respectfully submitted:

                                                _____/s/_____

                                                Robert DeWitty
                                                DeWitty and Associates, Chtd.
                                                330 Pennsylvania Avenue, S.E.
                                                #302
                                                Washington, D.C. 20003
                                                T: 202 380 9609
                                                F: 202 513 8071
                                                E: admin@dewittyip.com
August 16, 2021                                    rmdewitty@dewittyip.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this **NOTICE OF APPEARANCE** dated May 7, 2020, was uploaded on the CM/ECF with service via email to Attorney for Plaintiff in accordance with the following: Keith Vogt, Ltd., 111 West Jackson Boulevard, Suite 1700, Chicago, Illinois 60604, Telephone: 312-675-6079, email: keith@vogtip.com.

　　　　　　　　　　　　　　　　　　　　　/s/ _RDWy_

Robert DeWitty
DeWitty and Associates, Chtd.
330 Pennsylvania Avenue, S.E.
#302
Washington, D.C. 20003
T: 202 380 9609
F: 202 513 8071
E: rmdewitty@dewittyip.com

Dated: May 7, 2020