IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Wang<br>    Plaintiff<br><br>v.<br><br><br>The Partnerships and Unincorporated Associations<br>    Defendants | C.A. No. 1:21-cv-01664<br><br><br><br>Defendant Giftenza's MOTION TO DISMISS FOR LACK OF PERSONAL JURSIDICTION<br><br>Hon. Virginia M. Kendall |

**DEFENDANT GIFTENZA'S NOTICE OF MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FRCP 12(b)(2)**

**I.    RELIEF SOUGHT.**

1.    Defendant Giftenza, by and through its attorney Robert M. DeWitty, moves to dismiss this action with regard to Defendant Giftenza under Federal Rule of Civil Procedure 12(b)(2) based upon a lack of personal jurisdiction.

**II.    GROUNDS FOR MOTION.**

2.    This Motion is provided because Defendant Giftenza does not have minimum contacts with the State of Illinois.

3.    This Motion is further made because Defendant Giftenza did not purposefully avail itself of the benefits of the State of Illinois and did not target consumers in the State of Illinois.

4.    This Motion is still further provided because to exercise jurisdiction would offend traditional notions of fair play and substantial justice.

### III.  FACTS CONTROLLING PERSONAL JURISDICTION.

5. Defendant's residency is the United Kingdom and is formed under the laws of the United Kingdom.

6. Plaintiff's complaint does not allege that Defendant is a resident of the State of Illinois, or even that Defendant have physical connections to the State of Illinois ("Declaration of Paul Brown").

` 7. Plaintiff's complaint does not allege that Defendant marketed or pursued providing services to residents and consumers within the State of Illinois. Plaintiff's complaint alleges only that Defendant operates an internet store.

8. Plaintiff's complaint fails to provide evidence that Defendant directed marketing efforts to residents of the State of Illinois.

9. Plaintiff's complaint fails to provide evidence that its websites were stored on servers based within the State of Illinois, nor that Defendant contracted with State of Illinois-based companies to store the commercial websites on servers based in the State of Illinois.

10. As the Memorandum of Law sets out through application of the above facts, this Court must decline to exercise jurisdiction over the Defendant.

## IV. CONCLUSION.

11. This Motion to Dismiss is based upon the pleadings and papers on file in this action, accompanying Memorandum of Law, and whatever evidence and argument is presented at the hearing for this Motion.

Respectfully Submitted:

_____*/s/ RDWy*\_\_\_\_\_
Robert DeWitty
DeWitty and Associates
700 Pennsylvania Avenue
Washington, D.C. 20003
T: 202 380 9609
F: 202 513 8071
E: admin@dewittyip.com
Attorney, Giftenza

August 16, 2021