**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 1:21-cv-01664 |
| v. | ) |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) Hon. Sheila M. Finnegan |
| | ) |
| Defendants. | ) |

## Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 207 | SOLID VALUE |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this August 26, 2021

                       Respectfully submitted,

                       /s/Ilya G. Zlatkin
                       Zlatkin Wong LLP
                       4245 N. Knox Ave.
                       Chicago, IL 60641
                       ilya@zlatkinwong.com

                       *Counsel for Plaintiff Dan Wang*