**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
|                Plaintiff, | ) |
| | ) Case No. 1:21-cv-01664 |
| v. | ) |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
| | ) Hon. Sheila M. Finnegan |
|                Defendants. | ) |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 33 | 3buy564 |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this August 31, 2021

                                                                                                Respectfully submitted,

                                                                                                 /s/Ilya G. Zlatkin
                                                                                                  Zlatkin Wong LLP
                                                                                                  4245 N. Knox Ave.
                                                                                                  Chicago, IL 60641
                                                                                                  ilya@zlatkinwong.com

                                                                                                  *Counsel for Plaintiff Dan Wang*