## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Dan Wang, | )<br>) |
| Plaintiff, | )<br>) Case No. 1:21-cv-01664<br>) |
| v. | )<br>) Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | )<br>)<br>) Magistrate: Hon. Sheila M. Finnegan |
| Defendants. | ) |

### STATUS REPORT RE PENDING MOTION AND SETTLEMENT AGREEMENT

Plaintiff Dan Wang ("Plaintiff") submits this status report concerning a pending settlement agreement with Defendant Seller No. 145 ("Giftenza"). On August 25, 2021, Giftenza had filed a motion to dismiss Plaintiff's complaint for lack of personal jurisdiction against Giftenza [Dkt. 60] ("Giftenza's Motion"). Pursuant to the Court's docket entry of August 26, 2021 [Dkt. 62], Plaintiff's response to Giftenza's Motion was due on September 8, 2021, and Giftenza's reply brief would be due on September 15, 2021.

On September 8, 2021, Plaintiff and Giftenza entered into a written settlement agreement ("Giftenza Settlement Agreement"). Pursuant to the Giftenza Settlement Agreement, Giftenza shall make an agreed-upon payment to Plaintiff, after which Plaintiff shall initiate proceedings to dismiss the case against Giftenza with prejudice. Plaintiff (after notifying and receiving agreement from Giftenza's counsel) requests that the Court allow Plaintiff and Giftenza sufficient time to implement the terms of the Giftenza Settlement Agreement by postponing the deadlines for Plaintiff's and Giftenza's respective briefs by twenty-one (21) days. If Plaintiff and Giftenza both perform their obligations under the Giftenza Settlement Agreement, Plaintiff requests that Giftenza's Motion be withdrawn and the case dismissed against Giftenza upon Plaintiff's filing of a notice of dismissal with respect thereto.

Dated: September 9, 2021

Respectfully submitted,

**ZLATKIN WONG LLP**

By:    /s/ Ilya G. Zlatkin
      Ilya G. Zlatkin (ARDC No. 6314344)
      ZLATKIN WONG LLP
      4245 North Knox Avenue
      Chicago, Illinois 60641
      Tel: (312) 809-8022
      Fax: (312) 809-6918
      ilya@zlatkinwong.com

*Attorney for Plaintiff Dan Wang*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 9, 2021, a copy of the foregoing Status Report Re Pending Motion and Settlement Agreement was electronically filed with the Northern District of Illinois, and that notice of this filing will be served on Giftenza's counsel via CM/ECF.

    /s/ Ilya G. Zlatkin
Ilya G. Zlatkin (ARDC No. 6314344)
ZLATKIN WONG LLP
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zlatkinwong.com

*Attorney for Plaintiff Dan Wang*