**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-01664 |
| ) | |
| v. ) | |
| ) | Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule "A", ) | |
| ) | Magistrate: Hon. Sheila M. Finnegan |
| Defendants. ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS DUE TO PENDING SETTLEMENT AGREEMENT**

1. Plaintiff Dan Wang ("Plaintiff") respectfully moves this Court for an extension of time to file a response to the motion of Defendant Seller No. 145 ("Giftenza") due to a pending settlement agreement between Giftenza and Plaintiff.

2. On August 25, 2021, Giftenza had filed a motion to dismiss Plaintiff's complaint for lack of personal jurisdiction against Giftenza [Dkt. 60] ("Giftenza's Motion").

3. Pursuant to the Court's docket entry of August 26, 2021 [Dkt. 62], Plaintiff's response to Giftenza's Motion was due on September 8, 2021, and Giftenza's reply brief was due on September 15, 2021.

4. On September 8, 2021, Plaintiff and Giftenza entered into a written settlement agreement ("Giftenza Settlement Agreement"). Pursuant to the Giftenza Settlement Agreement, Giftenza shall make an agreed-upon payment to Plaintiff, after which Plaintiff shall initiate proceedings to dismiss the case against Giftenza with prejudice.

5. On September 9, 2021, Plaintiff filed a status report informing the Court of the current status of negotiations between Plaintiff and Giftenza and the Giftenza Settlement Agreement [Dkt. 65].

6. Plaintiff requests that the Court allow Plaintiff and Giftenza sufficient time to implement the terms of the Giftenza Settlement Agreement by postponing the deadlines for Plaintiff's and Giftenza's respective briefs by twenty-one (21) days. If Plaintiff and Giftenza both perform their obligations under the Giftenza Settlement Agreement, Plaintiff requests that Giftenza's Motion be withdrawn and the case dismissed against Giftenza upon Plaintiff's filing of a notice of dismissal with respect thereto.

7. Plaintiff's counsel has notified Giftenza's counsel of Plaintiff's intent to request such extensions, and Giftenza's counsel has agreed to such extensions.

Dated: September 16, 2021

Respectfully submitted,

**ZLATKIN WONG LLP**

By:    /s/ Ilya G. Zlatkin
      Ilya G. Zlatkin (ARDC No. 6314344)
      ZLATKIN WONG LLP
      4245 North Knox Avenue
      Chicago, Illinois 60641
      Tel: (312) 809-8022
      Fax: (312) 809-6918
      ilya@zlatkinwong.com

*Attorney for Plaintiff Dan Wang*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 16, 2021, a copy of the foregoing Agreed Motion for Extension of Time to Respond to Motion to Dismiss Due to Pending Settlement Agreement was electronically filed with the Northern District of Illinois, and that notice of this filing will be served on Giftenza's counsel via CM/ECF.

    /s/ Ilya G. Zlatkin
Ilya G. Zlatkin (ARDC No. 6314344)
ZLATKIN WONG LLP
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zlatkinwong.com

*Attorney for Plaintiff Dan Wang*