**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
|               Plaintiff, | ) |
| | ) Case No. 1:21-cv-01664 |
| v. | ) |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) |
| | ) Hon. Sheila M. Finnegan |
|               Defendants. | ) |

## Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 271 | HealthInside |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this October 8, 2021

                                                                                                                                        Respectfully submitted,

                                                                                 /s/Ilya G. Zlatkin
                                                                                  Zlatkin Wong LLP
                                                                                  4245 N. Knox Ave.
                                                                                  Chicago, IL 60641
                                                                                  ilya@zlatkinwong.com
                                                                                  Ph. (312) 809-8022
                                                                                  Fax (312) 809-6918

                                                                                  *Counsel for Plaintiff Dan Wang*