IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Dan Wang, | ) |
| Plaintiff, | ) Case No. 1:21-cv-01664 |
| v. | ) Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Magistrate: Hon. Sheila M. Finnegan |
| Defendants. | ) |

**MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS DUE TO PENDING SETTLEMENT AGREEMENT**

1. Plaintiff Dan Wang ("Plaintiff") respectfully moves this Court for a second extension of time to file a response to the motion of Defendant Seller No. 145 ("Giftenza") due to a pending settlement agreement between Giftenza and Plaintiff.

2. On August 25, 2021, Giftenza had filed a motion to dismiss Plaintiff's complaint for lack of personal jurisdiction against Giftenza [Dkt. 60] ("Giftenza's Motion").

3. Pursuant to the Court's docket entry of August 26, 2021 [Dkt. 62], Plaintiff's response to Giftenza's Motion was due on September 8, 2021, and Giftenza's reply brief was due on September 15, 2021.

4. On September 8, 2021, Plaintiff and Giftenza entered into a written settlement agreement ("Giftenza Settlement Agreement"). Pursuant to the Giftenza Settlement Agreement, Giftenza shall make an agreed-upon payment to Plaintiff, after which Plaintiff shall initiate proceedings to dismiss the case against Giftenza with prejudice.

5. On September 16, 2021, Plaintiff filed a request for an extension to the deadlines for Plaintiff's and Giftenza's respective briefs, pending the performance of the Giftenza Settlement Agreement [Dkt. 66].

6. On September 20, 2021, the Court granted Plaintiff's request for extension, postponing the due date for Plaintiff's response to the Giftenza Motion until October 11, 2021, and Giftenza's replay to Plaintiff's response until October 18, 2021 [Dkt. 67].

7. Both Giftenza and Plaintiff have begun the performance of their respective obligations under the Giftenza Settlement Agreement in good faith, but, as of the date hereof, Giftenza and Plaintiff have not yet completed their respective obligations under the Giftenza Settlement Agreement. The delays are due to circumstances outside of the reasonable control of both Giftenza and Plaintiff.

8. Plaintiff requests that the Court allow Plaintiff and Giftenza additional time to complete their respective obligations under the Giftenza Settlement Agreement by postponing the deadlines for Plaintiff's and Giftenza's respective briefs by an additional twenty-one (21) days. If Plaintiff and Giftenza both perform their obligations under the Giftenza Settlement Agreement, Plaintiff requests that Giftenza's Motion be withdrawn and the case dismissed against Giftenza upon Plaintiff's filing of a notice of dismissal with respect thereto.

9. Plaintiff's counsel has notified Giftenza's counsel of Plaintiff's intent to request the additional extensions requested herein, and Giftenza's counsel has not objected to such extensions.

Dated: October 8, 2021

Respectfully submitted,

**ZLATKIN WONG LLP**

By: ___/s/ Ilya G. Zlatkin___
Ilya G. Zlatkin (ARDC No. 6314344)
ZLATKIN WONG LLP
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zlatkinwong.com

*Attorney for Plaintiff Dan Wang*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 8, 2021, a copy of the foregoing Motion for Second Extension of Time to Respond to Motion to Dismiss Due to Pending Settlement Agreement was electronically filed with the Northern District of Illinois, and that notice of this filing will be served on Giftenza's counsel via CM/ECF.

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin (ARDC No. 6314344)
ZLATKIN WONG LLP
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zlatkinwong.com

*Attorney for Plaintiff Dan Wang*