**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-01664 |
| v. ) | |
| ) | Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule "A", ) | Hon. Sheila M. Finnegan |
| ) | |
| Defendants. ) | |

## Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 120 | Caicai Dry goods shop |
| 123 | chiccollector |
| 124 | chineon |
| 203 | Shhssvv |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this October 15, 2021

                                                                      Respectfully submitted,

                                                                       /s/Ilya G. Zlatkin
                                                                       Zlatkin Wong LLP
                                                                       4245 N. Knox Ave.
                                                                       Chicago, IL 60641
                                                                       ilya@zlatkinwong.com

                                                                       *Counsel for Plaintiff Dan Wang*