UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dan Wang, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-01664 |
| v. ) | |
| ) | Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule "A", ) | Hon. Sheila M. Finnegan |
| ) | |
| Defendants. ) | |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 258 | Royal Diadem |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this November 13, 2021

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*