**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Dan Wang, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  1:21-cv-01664 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated | ) | |
| Associations Identified on Schedule "A", | ) | Hon. Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff")

hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 6 | bethebestme |
| 11 | funtig80 |
| 13 | healthcare2018 |
| 14 | hibuytoo |
| 25 | sunshiny2019 |
| 87 | sunnybeauty2019 |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this December 2, 2021

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*