UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dan Wang, | ) |
|                 Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-01664 |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Hon. Sheila M. Finnegan |
|                 Defendants. | ) |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 31 | weiqi9586 |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this December 31, 2021

                                                      Respectfully submitted,

                                                      /s/Ilya G. Zlatkin
                                                      Zlatkin Wong LLP
                                                      4245 N. Knox Ave.
                                                      Chicago, IL 60641
                                                      ilya@zlatkinwong.com

                                                      *Counsel for Plaintiff Dan Wang*