**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-01664 |
| v. | ) |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Hon. Sheila M. Finnegan |
| Defendants. | ) |

## Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action without prejudice against solely the following defendant ("Giftenza"):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 145 | Giftenza |

Such dismissal shall convert into a dismissal with prejudice upon the later of either (i) the date that is thirty (30) days after the date of this notice or (ii) the date that Giftenza fully performs Giftenza's obligations under the confidential settlement agreement between Giftenza and Plaintiff.

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this December 31, 2021

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*