UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Dan Wang

Plaintiff,

v.

Case No.: 1:21−cv−01664

Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associateions Identified on Schedule "A", et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 1, 2022:

MINUTE entry (Corrected) before the Honorable Virginia M. Kendall. Status hearing held on 2/1/2022 via Webex. Plaintiff reports they entered into settlement and dismissed over 130 Defendants to include Defendant Giftenza. Defendant Giftenza's Motion to Dismiss 60 is dismissed as moot. Plaintiff shall file Motion for Default as to the remaining Defendants. Plaintiff is directed to provide a Proposed Order to the Court for review. Status hearing set for 3/1/2022 at 9:15 AM which will proceed via Webex. Prior to the hearing, you are directed to click on this hyper link: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov. If you do not have access to a computer Dial: (650)−479−3207, the access code is: 180 698 4009. Given the increased volume of users that is anticipated, you are directed to mute your phone and turn off your video until your case is called. If calling in due to not having access to a computer, please remember to SAY YOUR NAME EACH TIME YOU SPEAK so that the record of the proceedings is accurate. You are directed not to use the speaker phone function. Please test the sound quality and video functions of your device in advance. Members of the public and media are directed to call in to listen to hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Initial Minute Entry did not generate a PDF. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.