IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
|       Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
|       v. | ) | Dist. Judge Virginia M. Kendall |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Sheila M. Finnegan |
| Identified in Schedule "A," | ) | |
|       Defendants. | ) | |

### Declaration of Service

I, Ilya G. Zlatkin, of the Town of Munster, in the state of Indiana, hereby declare as follows:

**1.** I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiff Dan Wang. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

**2.** I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to answer or otherwise plead in this action within the allotted time after receiving service of process [*See* Dkt. 45] in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

**3.** My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated online marketplace account and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in China and Sri Lanka. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on February 11, 2022 at Munster, Indiana.

<div style="margin-left: 50%;">

Respectfully submitted,

<u>/s/Ilya G. Zlatkin</u>
Ilya G. Zlatkin
Zlatkin Wong LLP
4245 North Knox Avenue
Chicago, Illinois 60641
(312) 809-8022
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*

</div>