**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Dan Wang, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01664 |
| | ) | |
| v. | ) | Dist. Judge Virginia M. Kendall |
| | ) | |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | Mag. Judge Sheila M. Finnegan |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

<u>**Default Judgment Order**</u>

This action having been commenced by Plaintiff Dan Wang ("Plaintiff") against the defendants identified in the Complaint (collectively, "Defendant Online Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the non-excluded defendants identified on Schedule A attached hereto (collectively, "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

**THIS COURT HEREBY FINDS** that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do

Page **1**

business with Illinois residents by operating one or more commercial, interactive Defendant Online Stores through which Illinois residents can purchase products being sold by Defaulting Defendants using infringing versions of the JIANGWANG Mark:

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 6,151,499 | 姜王 | For: Essential oils; Hair nourishers; Hair oils; Hair tonics. class 003. |

**THIS COURT FURTHER FINDS** that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

**IT IS FURTHER ORDERED** that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the JIANGWANG Mark or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine JIANGWANG Product or not authorized by Plaintiff to be sold in connection with the JIANGWANG Mark;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine JIANGWANG Product or any other product produced by Plaintiff, that is not Plaintiff's

or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the JIANGWANG Mark;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the JIANGWANG Mark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner; and

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the JIANGWANG Mark.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Online Stores or other online marketplace accounts operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as Amazon, eBay, AliExpress, Wish, Walmart, Joom, DHGate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third-party processors, and other payment processing service providers, Internet search engines such as Google, Bing, and Yahoo (collectively, "Third Party Providers") shall within three (3) business days of receipt of this Order:

a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the JIANGWANG Mark;

**b.** disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the JIANGWANG Mark; and

**c.** take all steps necessary to prevent links to the Defendant Online Stores identified on Schedule A hereto from displaying in search results, including, but not limited to, removing links to the Defendant Online Stores from any search index.

3. Any Third-Party Providers holding funds for Defaulting Defendants, including PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Walmart, and Amazon shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants or the Defendant Online Stores identified in Schedule A hereto from transferring or disposing of any money or other of Defaulting Defendants' assets.

4. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Walmart, and Amazon are hereby released to Plaintiff as partial payment of the above-identified damages, and PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Walmart, and Amazon are ordered to release to Plaintiff the amounts from Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

5. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Walmart, and Amazon, in the event that any new financial accounts controlled, used, or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Payoneer,

AliPay / Ant Financial, Joom, Wish/ContextLogic, Walmart, and Amazon, shall within two (2) business days:

    a. locate all accounts and funds connected to Defaulting Defendants or the Defendant Online Stores, including, but not limited to, any PayPal, Payoneer, AliPay / Ant Financial, Joom, Wish/ContextLogic, Walmart, or Amazon accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

6. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to the Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by Third-Party Providers or other third parties.

This is a Final Judgment.

Dated:       February 23, 2022

                                                                                 
U.S. District Court Judge Virginia M. Kendall

**Schedule A**

| No. | Store | Store URL |
|---|---|---|
| 1 | EXCLUDED | EXCLUDED |
| 2 | EXCLUDED | EXCLUDED |
| 3 | EXCLUDED | EXCLUDED |
| 4 | bestdealsbyt | https://www.ebay.com/usr/bestdealsbyt?_trksid=p2047675.l2559 |
| 5 | EXCLUDED | EXCLUDED |
| 6 | EXCLUDED | EXCLUDED |
| 7 | EXCLUDED | EXCLUDED |
| 8 | damithaz-fancy-dress-store | https://www.ebay.com/usr/damithaz-fancy-dress-store?_trksid=p2047675.l2559 |
| 9 | EXCLUDED | EXCLUDED |
| 10 | freely-mart77 | https://www.ebay.com/usr/freely-mart77?_trksid=p2047675.l2559 |
| 11 | EXCLUDED | EXCLUDED |
| 12 | EXCLUDED | EXCLUDED |
| 13 | EXCLUDED | EXCLUDED |
| 14 | EXCLUDED | EXCLUDED |
| 15 | hingisbeckham | https://www.ebay.com/usr/hingisbeckham?_trksid=p2047675.l2559 |
| 16 | EXCLUDED | EXCLUDED |

| 17 | EXCLUDED | EXCLUDED |
|----|----------|----------|
| 18 | iresherbs | https://www.ebay.com/usr/iresherbs?_trksid=p2047675.l2559 |
| 19 | EXCLUDED | EXCLUDED |
| 20 | mamashop-gift | https://www.ebay.com/usr/mamashop-gift?_trksid=p2047675.l2559 |
| 21 | navod68 | https://www.ebay.com/usr/navod68?_trksid=p2047675.l2559 |
| 22 | ni_9011 | https://www.ebay.com/usr/ni_9011?_trksid=p2047675.l2559 |
| 23 | owillnit015 | https://www.ebay.com/usr/owillnit015?_trksid=p2047675.l2559 |
| 24 | pardistore_01 | https://www.ebay.com/usr/pardistore_01?_trksid=p2047675.l2559 |
| 25 | EXCLUDED | EXCLUDED |
| 26 | teamtrade1 | https://www.ebay.com/usr/teamtrade1?_trksid=p2047675.l2559 |
| 27 | thushanpeiris | https://www.ebay.com/usr/thushanpeiris?_trksid=p2047675.l2559 |
| 28 | uncommon_gadgets | https://www.ebay.com/usr/uncommon_gadgets?_trksid=p2047675.l2559 |
| 29 | EXCLUDED | EXCLUDED |

| | | |
|---|---|---|
| 30 | vinwin_llc | https://www.ebay.com/usr/vinwin_llc?_trksid=p2047675.l2559 |
| 31 | EXCLUDED | EXCLUDED |
| 32 | zealous026 | https://www.ebay.com/usr/zealous026?_trksid=p2047675.l2559 |
| 33 | EXCLUDED | EXCLUDED |
| 34 | a_d_market | https://www.ebay.com/usr/a_d_market?_trksid=p2047675.l2559 |
| 35 | amishastore21 | https://www.ebay.com/usr/amishastore21?_trksid=p2047675.l2559 |
| 36 | anagi*shopping | https://www.ebay.com/usr/anagi*shopping?_trksid=p2047675.l2559 |
| 37 | arganoilmorrocan | https://www.ebay.com/usr/arganoilmorrocan?_trksid=p2047675.l2559 |
| 38 | EXCLUDED | EXCLUDED |
| 39 | EXCLUDED | EXCLUDED |
| 40 | blueprint_products | https://www.ebay.com/usr/blueprint_products?_trksid=p2047675.l2559 |
| 41 | boris11184 | https://www.ebay.com/usr/boris11184?_trksid=p2047675.l2559 |

| 42 | EXCLUDED | EXCLUDED |
|----|----------|----------|
| 43 | ceylonhomeenhance | https://www.ebay.com/usr/ceylonhomeenhance?_trksid=p2047675.l2559 |
| 44 | ceylon-production | https://www.ebay.com/usr/ceylon-production?_trksid=p2047675.l2559 |
| 45 | chinthakanew | https://www.ebay.com/usr/chinthakanew?_trksid=p2047675.l2559 |
| 46 | EXCLUDED | EXCLUDED |
| 47 | daily-essential | https://www.ebay.com/usr/daily-essential?_trksid=p2047675.l2559 |
| 48 | EXCLUDED | EXCLUDED |
| 49 | dmichaels | https://www.ebay.com/usr/dmichaels?_trksid=p2047675.l2559 |
| 50 | EXCLUDED | EXCLUDED |
| 51 | EXCLUDED | EXCLUDED |
| 52 | EXCLUDED | EXCLUDED |
| 53 | EXCLUDED | EXCLUDED |
| 54 | first2checkered | https://www.ebay.com/usr/first2checkered?_trksid=p2047675.l2559 |
| 55 | focusepart | https://www.ebay.com/usr/focusepart?_trksid=p2047675.l2559 |

| 56 | EXCLUDED | EXCLUDED |
|---|---|---|
| 57 | EXCLUDED | EXCLUDED |
| 58 | glorio-6692 | https://www.ebay.com/usr/glorio-6692?_trksid=p2047675.l2559 |
| 59 | ho933752 | https://www.ebay.com/usr/ho933752?_trksid=p2047675.l2559 |
| 60 | EXCLUDED | EXCLUDED |
| 61 | interior_bliss | https://www.ebay.com/usr/interior_bliss?_trksid=p2047675.l2559 |
| 62 | EXCLUDED | EXCLUDED |
| 63 | EXCLUDED | EXCLUDED |
| 64 | kasam17 | https://www.ebay.com/usr/kasam17?_trksid=p2047675.l2559 |
| 65 | krishamasusank_0 | https://www.ebay.com/usr/krishamasusank_0?_trksid=p2047675.l2559 |
| 66 | ladiesfirstore | https://www.ebay.com/usr/ladiesfirstore?_trksid=p2047675.l2559 |
| 67 | EXCLUDED | EXCLUDED |
| 68 | EXCLUDED | EXCLUDED |
| 69 | moneerr013 | https://www.ebay.com/usr/moneerr013?_trksid=p2047675.l2559 |
| 70 | moonxscape | https://www.ebay.com/usr/moonxscape?_trksid=p2047675.l2559 |
| 71 | mrystore | https://www.ebay.com/usr/mrystore?_trksid=p2047675.l2559 |
| 72 | mthanhquan_0 | https://www.ebay.com/usr/mthanhquan_0?_trksid=p2047675.l2559 |

| 73 | nallent014 | https://www.ebay.com/usr/nallent014?_trksid=p204 7675.l2559 |
|----|------------|---------------------------------------------------------------|
| 74 | EXCLUDED | EXCLUDED |
| 75 | nk_groups | https://www.ebay.com/usr/nk_groups?_trksid=p204 7675.l2559 |
| 76 | EXCLUDED | EXCLUDED |
| 77 | prasanur_0 | https://www.ebay.com/usr/prasanur_0?_trksid=p20 47675.l2559 |
| 78 | qualitytproducts | https://www.ebay.com/usr/qualitytproducts?_trksid =p2047675.l2559 |
| 79 | EXCLUDED | EXCLUDED |
| 80 | revival039 | https://www.ebay.com/usr/revival039?_trksid=p204 7675.l2559 |
| 81 | rise018 | https://www.ebay.com/usr/rise018?_trksid=p204767 5.l2559 |
| 82 | EXCLUDED | EXCLUDED |
| 83 | shashika.rukmal | https://www.ebay.com/usr/shashika.rukmal?_trksid= p2047675.l2559 |
| 84 | EXCLUDED | EXCLUDED |
| 85 | sn_xpress | https://www.ebay.com/usr/sn_xpress?_trksid=p2047 675.l2559 |

| 86 | subudd-1 | https://www.ebay.com/usr/subudd-1?_trksid=p2047675.l2559 |
| 87 | EXCLUDED | EXCLUDED |
| 88 | EXCLUDED | EXCLUDED |
| 89 | superfast040 | https://www.ebay.com/usr/superfast040?_trksid=p2047675.l2559 |
| 90 | top-plus020 | https://www.ebay.com/usr/top-plus020?_trksid=p2047675.l2559 |
| 91 | tradify | https://www.ebay.com/usr/tradify?_trksid=p2047675.l2559 |
| 92 | EXCLUDED | EXCLUDED |
| 93 | uliked021 | https://www.ebay.com/usr/uliked021?_trksid=p2047675.l2559 |
| 94 | victory022 | https://www.ebay.com/usr/victory022?_trksid=p2047675.l2559 |
| 95 | EXCLUDED | EXCLUDED |
| 96 | woshan | https://www.ebay.com/usr/woshan?_trksid=p2047675.l2559 |
| 97 | x-maxstore024 | https://www.ebay.com/usr/x-maxstore024?_trksid=p2047675.l2559 |

| 98 | yourchoice032 | https://www.ebay.com/usr/yourchoice032?_trksid=p2047675.l2559 |
| 99 | EXCLUDED | EXCLUDED |
| 100 | zestore042 | https://www.ebay.com/usr/zestore042?_trksid=p2047675.l2559 |
| 101 | EXCLUDED | EXCLUDED |
| 102 | EXCLUDED | EXCLUDED |
| 103 | EXCLUDED | EXCLUDED |
| 104 | Aluan beautyMask | https://www.wish.com/merchant/5e8d328f7a1725230d668dd1 |
| 105 | EXCLUDED | EXCLUDED |
| 106 | apuseindn | https://www.wish.com/merchant/5e9040bee3851e1b427b1a31 |
| 107 | EXCLUDED | EXCLUDED |
| 108 | EXCLUDED | EXCLUDED |
| 109 | bar.yitiao0dagou | https://www.wish.com/merchant/5db54971f43c683b04be7d60 |
| 110 | Beiyeyenan Pants | https://www.wish.com/merchant/5e96b8f4c994cb4459c494bb |
| 111 | BELLE LOUIS SHOPING | https://www.wish.com/merchant/5e7120e1cd870cdf8b037f12 |
| 112 | EXCLUDED | EXCLUDED |
| 113 | EXCLUDED | EXCLUDED |

| 114 | bingsaosao | https://www.wish.com/merchant/5f52183d181befcf845985c8 |
| 115 | blug89qianqian | https://www.wish.com/merchant/58eedfbc46406517852d0a4f |
| 116 | BOOB-CHEN | https://www.wish.com/merchant/5dc13aa0573a700e80a16c7b |
| 117 | EXCLUDED | EXCLUDED |
| 118 | Burnettorder | https://www.wish.com/merchant/5fad77fbb4753d5545c919b9 |
| 119 | EXCLUDED | EXCLUDED |
| 120 | EXCLUDED | EXCLUDED |
| 121 | casualmall | https://www.wish.com/merchant/559c9a86577ce135c5427e0f |
| 122 | EXCLUDED | EXCLUDED |
| 123 | EXCLUDED | EXCLUDED |
| 124 | EXCLUDED | EXCLUDED |
| 125 | cloudshinny | https://www.wish.com/merchant/59f060d28cf0ed3810c16f7f |
| 126 | EXCLUDED | EXCLUDED |
| 127 | EXCLUDED | EXCLUDED |
| 128 | EXCLUDED | EXCLUDED |
| 129 | Damaixiao | https://www.wish.com/merchant/5cbab80e7ab4b7287dac4238 |
| 130 | dandanjie | https://www.wish.com/merchant/584b81bad914f55d20a235f2 |

| 131 | dengxiaohua520 | https://www.wish.com/merchant/5ab624b6417cee2b3bcd5777 |
| 132 | DGtongbotoystore | https://www.wish.com/merchant/58c897992be00b51b601a2c9 |
| 133 | EXCLUDED | EXCLUDED |
| 134 | dong guang shi shang ke ji | https://www.wish.com/merchant/5d46720072b0c91446ffb374 |
| 135 | dongguanyige | https://www.wish.com/merchant/5d3e7d9b70327a1860fcd63a |
| 136 | EXCLUDED | EXCLUDED |
| 137 | Echoholy | https://www.wish.com/merchant/597adf51d4cc343c6fdca265 |
| 138 | edxtech | https://www.wish.com/merchant/5f9aebacb8020fb9667f0ec3 |
| 139 | EXCLUDED | EXCLUDED |
| 140 | Esepenty Pants | https://www.wish.com/merchant/5ec2293629e786485ed86439 |
| 141 | Exquisitecup | https://www.wish.com/merchant/5ed8bb1929e7864ba51880d9 |
| 142 | EXCLUDED | EXCLUDED |
| 143 | Femeinyi Bibs | https://www.wish.com/merchant/5ec21db37b4679b0c9f8df1e |
| 144 | Flower_2019 | https://www.wish.com/merchant/5d3ef4f172b0c947ef1ea37a |
| 145 | EXCLUDED | EXCLUDED |
| 146 | EXCLUDED | EXCLUDED |
| 147 | EXCLUDED | EXCLUDED |

| 148 | EXCLUDED | EXCLUDED |
|---|---|---|
| 149 | EXCLUDED | EXCLUDED |
| 150 | EXCLUDED | EXCLUDED |
| 151 | EXCLUDED | EXCLUDED |
| 152 | HHQMMEN | https://www.wish.com/merchant/5ebfb9b7a25bb4174158ebee |
| 153 | HKong | https://www.wish.com/merchant/59254ea3131a790b65aac48b |
| 154 | Hong-Hong Yang | https://www.wish.com/merchant/5d871f5c2888356740c36117 |
| 155 | Housing | https://www.wish.com/merchant/580093d11c813a2a6162e9d1 |
| 156 | EXCLUDED | EXCLUDED |
| 157 | EXCLUDED | EXCLUDED |
| 158 | EXCLUDED | EXCLUDED |
| 159 | EXCLUDED | EXCLUDED |
| 160 | EXCLUDED | EXCLUDED |
| 161 | interest | https://www.wish.com/merchant/572185613a698c5926befa6f |
| 162 | jiayouhuawei | https://www.wish.com/merchant/5d3c1d00e4b65d423a1e732a |
| 163 | jinyu868 | https://www.wish.com/merchant/5f1b9ac1b16c97d75cc4e4d1 |
| 164 | EXCLUDED | EXCLUDED |

| 165 | Julieaaaas | https://www.wish.com/merchant/5e9969e3d1b1ae766a2b23d6 |
| 166 | kekesonghuo | https://www.wish.com/merchant/5855133e0d44630209c11de4 |
| 167 | Key857X | https://www.wish.com/merchant/5efed663e76d82f15a4468b6 |
| 168 | EXCLUDED | EXCLUDED |
| 169 | liao dun bai China to buy | https://www.wish.com/merchant/5e5f813fce3d482a52374610 |
| 170 | LIDIAOHUA32FE6 | https://www.wish.com/merchant/5d414e0670327a2aee01063b |
| 171 | liqing85635 | https://www.wish.com/merchant/5f07d9a029e7863e0398982e |
| 172 | liujibiao520 | https://www.wish.com/merchant/5f5480bb5118ed816060ad0b |
| 173 | Liuxiong | https://www.wish.com/merchant/5d8b6270c095e10e8d31c5e0 |
| 174 | ljhdian | https://www.wish.com/merchant/5ee0bae9dea1c8a3befa00ca |
| 175 | longchunping123 | https://www.wish.com/merchant/5d5bb0652736783f4b172638 |
| 176 | lsb8036 | https://www.wish.com/merchant/5d80a774b6b4c2558457530e |
| 177 | lvchengfang8899 | https://www.wish.com/merchant/5d3cfcade4b65d16f41e7311 |
| 178 | mctunalkj | https://www.wish.com/merchant/5e96d8c78f677403fcfde3bb |
| 179 | EXCLUDED | EXCLUDED |
| 180 | Movenfuny Gifts | https://www.wish.com/merchant/5ecc8a85d38b1d0742ae55c2 |
| 181 | Ms. fashion sexy shop | https://www.wish.com/merchant/579616f421933e2f68518623 |
| 182 | Muecaney Bags | https://www.wish.com/merchant/5ec21409bf13a58b222b35d0 |

| 183 | EXCLUDED | EXCLUDED |
|---|---|---|
| 184 | NBHTYT | https://www.wish.com/merchant/5e9671abc2828d04427323d3 |
| 185 | niao shu xia | https://www.wish.com/merchant/5d529bee15275442145fde75 |
| 186 | EXCLUDED | EXCLUDED |
| 187 | EXCLUDED | EXCLUDED |
| 188 | EXCLUDED | EXCLUDED |
| 189 | pf18673978089 | https://www.wish.com/merchant/5d538b911d9a8e696fa9821d |
| 190 | piaoliangdexieshumei | https://www.wish.com/merchant/5d4bf173c8bc524576c478de |
| 191 | EXCLUDED | EXCLUDED |
| 192 | EXCLUDED | EXCLUDED |
| 193 | EXCLUDED | EXCLUDED |
| 194 | poppyl | https://www.wish.com/merchant/5d513fbe7cdfad21c00b9457 |
| 195 | Proven | https://www.wish.com/merchant/56efc083b0e6f0586d018326 |
| 196 | EXCLUDED | EXCLUDED |
| 197 | EXCLUDED | EXCLUDED |
| 198 | qinruiss | https://www.wish.com/merchant/5e90212c11809467accbff3c |
| 199 | qizhen28 | https://www.wish.com/merchant/5f1654fd29e78601afb1aa9c |

| 200 | EXCLUDED | EXCLUDED |
|---|---|---|
| 201 | EXCLUDED | EXCLUDED |
| 202 | Sheldon Web Store | https://www.wish.com/merchant/5d62556e2736787abcad6a09 |
| 203 | EXCLUDED | EXCLUDED |
| 204 | shibolady | https://www.wish.com/merchant/564d982b6b864712a961d80c |
| 205 | shuitengguir | https://www.wish.com/merchant/5aa5028918435410ed0e22b2 |
| 206 | EXCLUDED | EXCLUDED |
| 207 | EXCLUDED | EXCLUDED |
| 208 | soundtech | https://www.wish.com/merchant/58c8a83154726e6bc2bc87d4 |
| 209 | EXCLUDED | EXCLUDED |
| 210 | EXCLUDED | EXCLUDED |
| 211 | EXCLUDED | EXCLUDED |
| 212 | sweetcake | https://www.wish.com/merchant/59c90c2a9fbc5141c543de8f |
| 213 | taojinzi888 | https://www.wish.com/merchant/5d56976f33f0b477ebf76a05 |
| 214 | EXCLUDED | EXCLUDED |
| 215 | Ubation | https://www.wish.com/merchant/5b627687299c7e2c547cfbea |
| 216 | udiriikjjfgjr | https://www.wish.com/merchant/5e95794d29e78634ab9c2fe1 |

| 217 | usiuefjwew | https://www.wish.com/merchant/5e99795c29e78672ddd26947 |
| 218 | uytjt | https://www.wish.com/merchant/5efccaeb52767abb0e79d3e1 |
| 219 | EXCLUDED | EXCLUDED |
| 220 | wangyumei12345678 | https://www.wish.com/merchant/5f099e1ab3c77d3f13a82cb8 |
| 221 | WarnerQWQ | https://www.wish.com/merchant/5bd6c1376b6c64217ea2762c |
| 222 | wendengpiaolin | https://www.wish.com/merchant/5e99a0a729e7864c40d44aaf |
| 223 | WENGYANGFF | https://www.wish.com/merchant/5de4959ece98c107042e29c1 |
| 224 | EXCLUDED | EXCLUDED |
| 225 | wqy18581043972 | https://www.wish.com/merchant/5d536bce9dfb003c6446a9a7 |
| 226 | wugesheng | https://www.wish.com/merchant/5d464cb24c785556eaab8374 |
| 227 | EXCLUDED | EXCLUDED |
| 228 | Wwsmile | https://www.wish.com/merchant/5d87665c22e7773183b3eaa4 |
| 229 | EXCLUDED | EXCLUDED |
| 230 | xiaodelefu | https://www.wish.com/merchant/5e8ff8a8ea6fad034189bda9 |
| 231 | xingchenzhong de weinasi | https://www.wish.com/merchant/5e4f81dd9299990c80c63acc |
| 232 | EXCLUDED | EXCLUDED |
| 233 | xqqqinqin | https://www.wish.com/merchant/5d4cfc3ab97c25726ecd412b |

| 234 | xuanmi | https://www.wish.com/merchant/566e824a9ad45726967995d8 |
| 235 | yanglijuan99tian | https://www.wish.com/merchant/5d4bd7157ad242405a46dcae |
| 236 | yanziaiqiqi | https://www.wish.com/merchant/5d3fc596e4b65d1c42e602fa |
| 237 | EXCLUDED | EXCLUDED |
| 238 | YellowTing | https://www.wish.com/merchant/59982a77f628f526d397a1c9 |
| 239 | Yjfeng | https://www.wish.com/merchant/578f3f1954acde2a4b949781 |
| 240 | EXCLUDED | EXCLUDED |
| 241 | EXCLUDED | EXCLUDED |
| 242 | yzm18673992599 | https://www.wish.com/merchant/5d54cc02d2023a50873c626f |
| 243 | EXCLUDED | EXCLUDED |
| 244 | zhangwenlan | https://www.wish.com/merchant/5e732625106242156b7dbeb4 |
| 245 | zhangxiaolingdedian | https://www.wish.com/merchant/5d4a810391b72f463add5bd3 |
| 246 | zhenxingsky | https://www.wish.com/merchant/5a3fbb0a6ecee0129b35b076 |
| 247 | EXCLUDED | EXCLUDED |
| 248 | zhoufengdedian | https://www.wish.com/merchant/5b064ebd0128753847a5da5b |
| 249 | zhouwanjiao | https://www.wish.com/merchant/5d5410ff5f3c1e7556341018 |
| 250 | EXCLUDED | EXCLUDED |
| 251 | EXCLUDED | EXCLUDED |
| 252 | EXCLUDED | EXCLUDED |
| 253 | EXCLUDED | EXCLUDED |
| 254 | EXCLUDED | EXCLUDED |

| 255 | EXCLUDED | EXCLUDED |
|---|---|---|
| 256 | Fiji Unlimited Inc | https://www.walmart.com/reviews/seller/101007388?offerId=852CA2D576A44813873F97BE79540AA5 |
| 257 | EXCLUDED | EXCLUDED |
| 258 | EXCLUDED | EXCLUDED |
| 259 | EXCLUDED | EXCLUDED |
| 260 | EXCLUDED | EXCLUDED |
| 261 | EXCLUDED | EXCLUDED |
| 262 | alkcam | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=ANC3IOC1T812O&sshmPath= |
| 263 | EXCLUDED | EXCLUDED |
| 264 | EXCLUDED | EXCLUDED |
| 265 | EXCLUDED | EXCLUDED |
| 266 | EXCLUDED | EXCLUDED |
| 267 | EXCLUDED | EXCLUDED |
| 268 | EXCLUDED | EXCLUDED |

| 269 | EXCLUDED | EXCLUDED |
|-----|----------|----------|
| 270 | EXCLUDED | EXCLUDED |
| 271 | EXCLUDED | EXCLUDED |
| 272 | EXCLUDED | EXCLUDED |
| 273 | EXCLUDED | EXCLUDED |
| 274 | EXCLUDED | EXCLUDED |
| 275 | EXCLUDED | EXCLUDED |
| 276 | EXCLUDED | EXCLUDED |
| 277 | EXCLUDED | EXCLUDED |

| 278 | EXCLUDED | EXCLUDED |
| 279 | MG Valentine's Store | https://valentinesday.aliexpress.com/store/5600014 |
| 280 | Beauty Health Expert | https://www.aliexpress.com/store/1731034 |
| 281 | Ravishing Makeup Store | https://www.aliexpress.com/store/5020020 |
| 282 | B&Q Makeup Store | https://www.aliexpress.com/store/4990019 |
| 283 | LAST-STAR MAKEUP Store | https://www.aliexpress.com/store/3509012 |
| 284 | Variety-Beauty dropship makeup store Store | https://www.aliexpress.com/store/910570431 |

| 285 | EXCLUDED | EXCLUDED |
| 286 | Strawberry Girl Makeup Store | https://www.aliexpress.com/store/5783949 |
| 287 | Mellifluous Store | https://www.aliexpress.com/store/4377031 |
| 288 | LVITS MAKE UP Store | https://www.aliexpress.com/store/910348215 |
| 289 | EXCLUDED | EXCLUDED |
| 290 | EXCLUDED | EXCLUDED |
| 291 | S-ource of beauty- Store | https://www.aliexpress.com/store/5732237 |

| 292 | Beautytime Makeup Store | https://www.aliexpress.com/store/5683028 |
| 293 | Beautiful Pig-Pig Girl Store | https://www.aliexpress.com/store/5723060 |
| 294 | AI YA Store | https://zjy151890.aliexpress.com/store/5371313 |
| 295 | LuckyMeet Store | https://luckymeet.aliexpress.com/store/911100025 |
| 296 | goji Store | https://goji.aliexpress.com/store/1211108 |