UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Dan Wang

                Plaintiff,

v.
                Case No.: 1:21−cv−01664

                Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associateions Identified on Schedule "A", et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 1, 2022:

    MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 3/1/2022 via Webex. The Court takes Plaintiff's Motion to amend/correct [87] under advisement. Motions for Judgment on the Pleadings shall be filed by 3/10/2022; Response due by 3/31/2022; Reply due by 4/14/2022. Ruling will be electronically. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.