UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dan Wang, | ) |
|           Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-01664 |
| | ) Dist. Judge Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Sheila M. Finnegan |
|           Defendants. | ) |

**Satisfaction of Judgment**

**WHEREAS**, a judgment was entered in the above action on March 2, 2022 [Dkt. 89], in favor of Plaintiff and against certain Defendants identified in Schedule A thereto. Plaintiff acknowledges payment of an agreed-upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same solely as to the following Defendant(s):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 23 | owillnit015 |
| 32 | zealous026 |
| 69 | moneerr013 |
| 73 | nallent014 |
| 80 | revival039 |
| 81 | rise018 |
| 89 | superfast040 |
| 90 | top-plus020 |
| 93 | uliked021 |
| 94 | victory022 |
| 97 | x-maxstore024 |
| 98 | yourchoice032 |
| 100 | zestore042 |

**THEREFORE**, full and complete satisfaction of said judgment as to the above-identified Defendant(s) is hereby acknowledged, and the Clerk of the Court is hereby authorized and requested to make an entry of such full and complete satisfaction on the docket of said judgment.

Dated this March 4, 2022

                                              Respectfully submitted,

                                              /s/Ilya G. Zlatkin
                                              Zlatkin Wong LLP
                                              4245 N. Knox Ave.
                                              Chicago, IL 60641
                                              ilya@zlatkinwong.com

                                              *Counsel for Plaintiff Dan Wang*