**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Dan Wang, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The Partnerships and Unincorporated )<br>Associations Identified on Schedule "A", )<br>)<br>Defendants. ) | Case No. 1:21-cv-01664<br><br>Hon. Virginia M. Kendall<br><br>Hon. Sheila M. Finnegan |

## Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dan Wang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendants:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 191 | pinanbaihuo |
| 229 | XIAOAO HAILUOUO FATION WOMAN WEARING STORE |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this March 17, 2022

Respectfully submitted,

/s/Ilya G. Zlatkin
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zlatkinwong.com

*Counsel for Plaintiff Dan Wang*