# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dan Wang

                        Plaintiff,

v.                                            Case No.: 1:21−cv−01664

                                           Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associateions Identified on Schedule "A", et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 5, 2022:

    MINUTE entry before the Honorable Virginia M. Kendall. On the Court's own Motion. Status hearing set for 7/6/2022 is reset for 9:15 AM (PLEASE NOTE TIME CHANGE). Please refer to Minute Entry [96] regarding Webex instructions. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.