UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Dan Wang

                                Plaintiff,

v.                                           Case No.: 1:21−cv−01664

                                                 Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associateions
Identified on Schedule "A", et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Webex Status hearing held on 7/27/2022. Parties report they have settled the case, but are finalizing documentation. This action is dismissed without prejudice with leave to reinstate on or before 8/24/2022. If no motion to reinstate is filed by that date, the dismissal will automatically convert to a dismissal with prejudice without any further action required by the parties or the Court. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.