AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court _____ USDC Northern District Eastern Division _____ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21cv1664 | DATE FILED<br>3/26/2021 | U.S. DISTRICT COURT<br>USDC Northern District Eastern Division |
|---|---|---|
| PLAINTIFF<br><br>Dan Wang | | DEFENDANT<br><br>The Partnerships and Unincorporated<br>Associations Identified on Schedule "A", |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Jannette Nunez | DATE<br>8/2/2022 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Case 1:21-cv-01664 Document #:1-1 Filed: 08/27/21 Page 2 of 7 PageID #:3549



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Feb 2 03:47:22 EST 2021

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Translations** | The non-Latin characters in the mark transliterate to "JIANG WANG" and this has no meaning in a foreign language. |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Essential oils; Hair nourishers; Hair oils; Hair tonics. FIRST USE: 20150218. FIRST USE IN COMMERCE: 20150218 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 28.01.03 - Chinese characters ; Japanese characters ; Japanese and Chinese characters |
| **Serial Number** | 88769364 |
| **Filing Date** | January 22, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 30, 2020 |
| **Registration Number** | 6151499 |
| **Registration Date** | September 15, 2020 |
| **Owner** | (REGISTRANT) Dan Wang INDIVIDUAL CHINA Rm 501, West BLK, Xin Cheng Building Shennan Zhong Rd, Futian Dist Shenzhen, Guangdong CHINA 518000 |
| **Attorney of Record** | Richard Withers |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words "JIANG WANG" in Simplified Chinese Characters. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,151,499**

**Registered Sep. 15, 2020**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Dan Wang  (CHINA INDIVIDUAL)
Rm 501, West Blk, Xin Cheng Building
Shennan Zhong Rd, Futian Dist
Shenzhen, Guangdong, CHINA 518000

CLASS 3: Essential oils; Hair nourishers; Hair oils; Hair tonics

FIRST USE 2-18-2015; IN COMMERCE 2-18-2015

The mark consists of the words "JIANG WANG" in Simplified Chinese Characters.

The non-Latin characters in the mark transliterate to "JIANG WANG" and this has no meaning in a foreign language.

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-769,364, FILED 01-22-2020





Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second  Filing  Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# Exhibit B

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Dan Wang

Plaintiff,

v.

Case No.:
1:21−cv−01664

Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associateions
Identified on Schedule "A", et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2022:

    MINUTE entry before the Honorable Virginia M. Kendall. Webex Status hearing held on 7/27/2022. Parties report they have settled the case, but are finalizing documentation. This action is dismissed without prejudice with leave to reinstate on or before 8/24/2022. If no motion to reinstate is filed by that date, the dismissal will automatically convert to a dismissal with prejudice without any further action required by the parties or the Court. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JANNETTE NUNEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
August 2, 2022