**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Dan Wang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-01664 |
| | ) | |
| | ) | Dist. Judge Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified in Schedule "A," v. | ) ) ) ) ) | Mag. Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Motion to Release Injunction Bond**

On April 9, 2021, Plaintiff Dan Wang ("Plaintiff") deposited the sum of Ten Thousand U.S. Dollars ($10,000) with the Clerk of the Court [Dkt. 20] to support the Temporary Restraining Order [Dkts. 17–18]. This deposit was required by the Temporary Restraining Order and subsequent Preliminary Injunction Order. [Dkts. 17, 30]. On February 24, 2022, the Default Judgement Order was entered, [Dkt. 86], and later amended. [Dkt. 89]. The last remaining defendant was dismissed per stipulation on July 27, 2022. [Dkt. 100]. This terminates the case.

Plaintiff respectfully requests that the Court enter an Order directing the Clerk to return the bond deposit to Plaintiff's counsel.

Dated: August 2, 2022

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN WONG LLP
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zlatkinwong.com

*Counsel for Plaintiff*