IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dan Wang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-01664 |
| | ) | |
| | ) | Dist. Judge Virginia M. Kendall |
| The Partnerships and v. | ) | |
| Unincorporated | ) | Mag. Judge Sheila M. Finnegan |
| Associations Identified in | ) | |
| Schedule "A," Defendants. | ) | |

**<u>Order Releasing Injunction Bond</u>**

The ten thousand dollars ($10,000) bond posted by plaintiff, including any interest, minus the registry fee, is hereby released to plaintiff's counsel. The Clerk of the Court is directed to return the $10,000 bond previously deposited with the Clerk of the Court to plaintiff's counsel, ZLATKIN WONG LLP, 4245 North Knox Avenue Chicago, Illinois 60641.

                                                                                       Judge Virginia M. Kendall
                                                                                       United States District Judge