


June 28, 2024

United States District Court
Northern District of Illinois

Re: Request for Removal from Case 21-CV-1664

Dear Honorable Judge,

I am writing to respectfully request my removal from the case number 21-CV-1664, which involves allegations of trademark infringement. I was one of the 296 online sellers named in the lawsuit. I would like to bring to your attention the following points:

1. **Case Closed:** As the case is already closed, I believe my continued inclusion is unnecessary and unjustified.
2. **No Direct Sales:** I did not sell any products associated with the alleged trademark infringement. The listing on my online store was based on an authorization letter from a Chinese supplier, CJ Drop Shipping. This authorization was deemed insufficient by the plaintiff's lawyer, despite it being legitimate.
3. **Financial Hardship:** The ongoing inclusion in this case has caused significant financial hardship, including having my funds held by Walmart and PayPal and being demanded to pay $2000 to the plaintiff's lawyer for removal.
4. **Lack of Direct Notice from Court:** I have not received any direct notice or official communication from the court regarding my involvement, only communications from the plaintiff's lawyer.

Based on these points, I respectfully request that the court consider removing my name from this case to prevent further undue burden and financial hardship.

Thank you for your time and consideration.

Sincerely,

Che Phillips
13794 SW 139th Ct
Miami, FL 33186
che@fijidealz.com
(786) 717-0227